STATUS CONFERENCE HELD
DATE: 12/3/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

December 3, 2003

1:00 p.m.

CASE NO. **3:01cv1555**    **Egan v Hodgedon**

Suzannah Kim Nigro
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753


Edward M. Sheehy
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753


Hadley Macpherson
P.O. Box 501
Lahaska, PA    18931


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK