FILED

2004 JAN 15 P 3: 20

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL EGAN, LOYAL EGAN and HADLEY MACPHERSON EGAN | : |
| PLAINTIFFS | : NO.    301CV01555 SRU |
| VS. | : DATE:   JANUARY 15, 2004 |
| SALLY HODGEDON | : |
| DEFENDANT | : |

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and D.Conn. L. Civ. R 16(f), the defendant, the defendant **SALLY HODGEDON** respectfully requests the Court to dismiss the above entitled action for the failure of the plaintiffs to comply with the Scheduling Order entered in a conference call among Hadley MacPherson, the undersigned and Judge Stefan R. Underhill on December 3, 2003 that the plaintiffs file an Amended and Supplemental Complaint on or before December 17, 2003 and that Ms. MacPherson will confer with the undersigned concerning a possible settlement and proposed Scheduling Order as to dates of filing damage analysis, disclosure of plaintiffs' expert witness,

- 2 -

disclosure of defendant's expert witness, date for completion of discovery and date for filing of dispositive motions on or before January 9, 2004.

On December 16, 2003, the undersigned had a telephone conference with Ms. MacPherson who requested an extension of time to file an Amended and Supplemental Complaint to December 22, 2003 to which the undersigned agreed.

As of this date, plaintiffs have not filed and Amended and Supplemental Complaint nor have they conferred with the undersigned concerning a possible settlement and the proposed Scheduling Order.

THE DEFENDANT

BY _____
Edward Maum Sheehy
WILLIAMS, COONEY & SHEEHY, LLP
799 Silver Lane
Trumbull, CT  06611-0753
Tel. (203) 380-1741
Fed. Bar #ct 04212

**ORDER**

So Ordered:

_____
U.S. DISTRICT COURT JUDGE

- 3 -

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

**Hadley MacPherson (Egan) Pro Se**
**P.O. Box 501**
**Lahaska, PA  18931**

**Loyal B. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

**Rachel J. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

_____
Edward Maum Sheehy