UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL EGAN, ET. AL, | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:01cv1555 (SRU) |
| | : | |
| SALLY HODGEDON, | : | |
|     Defendant. | : | |
| | : | |

**ORDER**

For the reasons set forth today, on the record, the defendant's motion to dismiss (doc. # 61) is DENIED. The plaintiffs are ordered to file an amended complaint no later than **Friday, May 14, 2004**. **Failure to comply with this deadline will result in dismissal of the case.**

It is so ordered.

Dated at Bridgeport, Connecticut, this 13th day of April 2004.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge