```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

         Telephone Status Conference Calendar

           Stefan R. Underhill, U. S. D. J.
                915 Lafayette Boulevard
                      Bridgeport


                     April 13, 2004

                       5:30 p.m.
```

CASE NO. **3:01cv1555**    **Egan v Hodgedon**

Hadley Macpherson
Rachel J. Egan
Loyal B. Egan
P.O. Box 501
Lahaska, PA 18931


Suzannah Kim Nigro
Edward M. Sheehy
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK