FILED

2004 JUN -2  A 10: 33

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL EGAN, LOYAL EGAN and HADLEY MACPHERSON EGAN | : | |
| PLAINTIFFS | : | NO.   301CV01555 SRU |
| VS. | : | DATE:   JUNE 2, 2004 |
| SALLY HODGDON | : | |
| DEFENDANT | : | |

## MOTION TO STRIKE

Pursuant to FRCP 12(f), the defendant, Sally Hodgdon, respectfully requests the court to strike The Communities Law Center as a party defendant in the plaintiffs' complaint dated May 14, 2004 for the reason that the court has previously denied the plaintiffs' Motion to Amend Complaint to add The Communities Law Center as a party defendant on April 9, 2003. Attached hereto are pages 31 and 32 of the transcript of the April 9, 2003 status conference in the above entitled matter wherein the court denied the plaintiffs' Motion to Amend the complaint to add The

**NO ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

- 2 -

Communities Law Center as a party defendant and also a copy of the court's endorsement on the plaintiffs' Motion for Leave to Amend the Complaint dated January 6, 2003 denying the motion "to the extent the motion seeks to add a new party."

THE DEFENDANT
SALLY HODGDON

BY _____
Edward Maum Sheehy
WILLIAMS, COONEY & SHEEHY, LLP
799 Silver Lane
Trumbull, CT  06611-0753
Tel.  (203)  380-1741
Fed. Bar #ct 04212

**ORDER**

So Ordered:

_____
U.S. DISTRICT COURT JUDGE

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

**Hadley MacPherson (Egan) Pro Se**
**P.O. Box 501**
**Lahaska, PA  18931**

**Loyal B. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

**Rachel J. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

Edward Maum Sheehy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

HADLEY MACPHERSON, ET AL      : No. 3:01CV-1555 (SRU)
                             : 915 Lafayette Boulevard
          vs.            : Bridgeport, Connecticut
                             :
                             : April 9, 2003
SALLY HODGEDON, ET AL        :

- - - - - - - - - - - - - - - x


STATUS CONFERENCE


B E F O R E:


THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.



A P P E A R A N C E S:

    FOR THE PLAINTIFF:

               HADLEY MACPHERSON, Pro Se
               RACHEL J. EGAN, Pro Se
               LOYAL B. EGAN, Pro Se
               P. O. Box 501
               Lahaska, Pennsylvania 18931


    FOR THE DEFENDANT:

               WILLIAMS, COONEY & SHEEHY
                   799 Silver Lane
                   Trumbull, Connecticut 06611
           BY:  EDWARD M. SHEEHY, ESQ.


                Susan E. Catucci, RMR
               Official Court Reporter
               915 Lafayette Boulevard
            Bridgeport, Connecticut 06604
               Tel: (203) 246-6385

1        MS. MACPHERSON:  A new Request to Amend?

2        THE COURT:  No, you don't need to do a request.

3        MS. MACPHERSON:  Because he didn't answer.

4        THE COURT:  You have the right to file.  Just

5  file, put together whatever your complaints are against

6  Sally Hodgedon, not against her law firm, put them in a

7  document called an Amended Complaint, file it, send him a

8  copy.

9        MS. MACPHERSON:  Okay.

10       THE COURT:  Okay?

11       MR. SHEEHY:  Can you emphasize, Your Honor, that

12  I get a copy of any pleadings that are filed with the

13  court?

14       THE COURT:  Sure.

15       MS. MACPHERSON:  Of course.

16       MR. SHEEHY:  Well, we have a list here of

17  instances where I haven't received any of these pleadings.

18       MS. MACPHERSON:  That's --

19       THE COURT:  Whatever.  Everybody, as of today

20  everybody knows anything that comes to me or to the court

21  has to go to your opponent so -- that should be done and

22  that's what the certification page is for.

23       MS. MACPHERSON:  Of course.

24       THE COURT:  For certifying that that's what's

25  happened, and typically if you haven't properly filled

1   this out by specifically listing who you sent it to and

2   their address, then it is returned by the clerk's office,

3   so everybody will have to do that.

4        All right, so just to be clear, the motion to

5   amend is denied insofar as it seeks to add a party.  And

6   is denied as moot without prejudice to the extent that it

7   seeks to make any other changes.  The plaintiffs have a

8   right to file an amended complaint since there has been no

9   answer filed.

10       Okay.  Let's turn to what would otherwise be

11  26(f) report, and we are going to do in essence a little

12  planning procedure here.  But before we do that, have we

13  addressed all the pleadings issues?  That is, we're going

14  to get a new amended complaint, it's going to have

15  whatever claims in it you want to put in it, and we'll get

16  another, a motion or answer in response to that amended

17  complaint, but otherwise we're going -- are there any

18  other pleadings issues that anybody is aware --

19            MS. MACPHERSON:  No.

20            MR. SHEEHY:  No, Your Honor.

21            THE COURT:  Let's turn to the 26(f) process.

22  And just for the record, I'm going to waive the

23  requirement of a 26(f) report in this case and we're going

24  to use this conference as the party's planning mechanism.

25  And just to run through 26(f), jurisdiction I don't

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

HADLEY MACPHERSON (EGAN)                    NO.    301CV01555  SRU

    and

RACHEL EGAN                                 JANUARY 26, 2003

    and

LOYAL EGAN

      PLAINTIFFS                    CIVIL ACTION

VS

ATTORNEY SALLY HODGDON                      MOTION FOR LEAVE

                                       TO AMEND COMPLAINT

      DEFENDANT

                                       JURY TRIAL DEMANDED

2003 APR 10  A 8: 08
US DISTRICT COURT
BRIDGEPORT CT
FILED

*Denied to the extent the motion seeks to add a new party. Denied without prejudice, as moot, in all other respects. Plaintiffs may file an amended complaint as of right on or before MAY 7, 2003. So ordered. /signed/ R. Underhill MAY 4/2003*

1