FILED

2004 JUN -7 P 3:42

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
............................
RACHEL EGAN, LOYAL EGAN        :
and HADLEY MACPHERSON EGAN     :
                               :
        PLAINTIFFS             :   NO.      301CV01555 SRU
                               :
VS.                            :   DATE:    JUNE 7, 2004
                               :
SALLY HODGDON                  :
                               :
        DEFENDANT              :
............................
```

**OBJECTION OF THE DEFENDANT, SALLY HODGDON
TO THE PLAINTIFFS' MOTION FOR STAY OF PROCESS AND STAY OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT
FILE ON MAY 14, 2004**

The defendant **SALLY HODGDON** in the above entitled action hereby objects to the plaintiffs' Motion for Stay of Process and Stay of Defendants' Response to the Plaintiffs' Amended Complaint dated June 2, 2004 for the following reasons:

1. This action was filed with the court on August 16, 2001;

2. The plaintiffs have been granted numerous extensions of time to serve the complaint and to file an Amended

- 2 -

Complaint;

3. The court on April 13, 2004 entered an order that "the plaintiffs are ordered to file an Amended Complaint no later than Friday, May 14, 2004. FAILURE TO COMPLY WITH THIS DEADLINE WILL RESULT IN DISMISSAL OF THE CASE."

4. The plaintiffs filed an Amended Complaint May 14, 2004 which is file stamped "May 14, 2004 5:04 p.m."

5. The defendant Sally Hodgdon has filed a Motion to Strike The Communities' Law Center as a party defendant dated June 2, 2004 which is filed stamped June 2, 2004 10:33 a.m."

6. The plaintiffs have had more than two and a half years to file an Amended Complaint in this action.

7. Any stay of proceedings or further motions for extension of time to file a further Amended Complaint will result in further prejudice to the defendant.

WHEREFORE, the defendant, Sally Hodgdon, respectfully requests the Court to deny the plaintiffs' Motion for Stay of Process and Stay of Defendant's Response to Plaintiffs' Amended Complaint Filed on May 14, 2004.

- 3 -

THE DEFENDANT

BY _____
   Edward Maum Sheehy
   WILLIAMS, COONEY & SHEEHY, LLP
   799 Silver Lane
   Trumbull, CT  06611-0753
   Tel. (203) 380-1741
   Fed. Bar #ct 04212


**ORDER**

So Ordered:


                              _____
                              U.S. DISTRICT COURT JUDGE

- 4 -

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

**Hadley MacPherson (Egan) Pro Se**
P.O. Box 501
Lahaska, PA  18931

**Loyal B. Egan**
P.O. Box 501
Lahaska, PA  18931

**Rachel J. Egan**
P.O. Box 501
Lahaska, PA  18931

_____
Edward Maum Sheehy