FILED

2004 JUN -7 P 3: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL EGAN, LOYAL EGAN AND HADLEY MACPHERSON EGAN | |
| PLAINTIFFS | CASE NO.   301CV01555 SRU |
| VS. | DATE:   JUNE 7, 2004 |
| SALLY HODGDON | NOTICE OF MANUAL FILING |
| DEFENDANT | |

Please take notice that Edward Maum Sheehy, Esq. has manually filed the following document or thing:

**OBJECTION OF THE DEFENDANT, SALLY HODGDON TO THE PLAINTIFF'S MOTION FOR STAY OF PROCESS AND STAY OF DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT FILED ON MAY 14, 2004**

This document has not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format
[✔]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Edward Maum Sheehy, Esq.
Williams, Cooney & Sheehy, LLP
799 Silver Lane
Trumbull, CT 06611
(203) 380-1741
Fax: (203) 380-2327
E-mail: wilcooshee@aol.com
Fed. Bar # CT 04212