RECEIVED
JUL 12 2004

FILED
2004 JUL 12 P 4:49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | |
| and | JULY 9, 2004 |
| LOYAL EGAN | |
| PLAINTIFFS | |
| | |
| VS. | CIVIL ACTION |
| | |
| ATTORNEY SALLY HODGDON | |
| and | |
| THE COMMUNITIES' LAW CENTER | LETTER TO THE |
| and | COURT |
| SISTERS OF ST. JOSEPH | |
| and | JURY DEMANDED |

**SISTERS OF MERCY**

and

**SISTER OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

DEFENDANTS

# **LETTER TO THE COURT**

To the Honorable Judge Underhill,

      Inadvertently, the medical letter from Dr. Kristina Longshore, was not attached to the plaintiffs' Letter to the Court, dated July 7, 2004.

      Attached to this document is the missing Exhibit.

      The plaintiff therefore requests that this Letter to the Court, and the attached medical letter, be attached to the plaintiffs' July 7, 2004 Letter to the Court, as the missing exhibit.

      The oversight was not intentional, and only realized once everything had been mailed.

      All attorneys for all defendants in both this case # 3:01CV01555 and case # 3:02CV1309 are being sent this Letter also, with the attached missing exhibit.

      The plaintiffs apologize for the error.

 

*[signature]*
Rachel Egan, plaintiff

Respectfully Submitted,

*[signature]*
Hadley Macpherson, plaintiff

*[signature]*
Loyal Egan, plaintiff

**Central Bucks Ophthalmology LLC**
Kristine E. Longshore MD
Board Certified in Ophthalmology
410 Farm Lane • The Carriage House • Doylestown, PA 18901
Phone: 215.348.4554 • Fax: 215.348.4968

July 5, 2004

The Honorable Stephen Underhill
United States District Court
Lafayette Street
Bridgeport, CT

Dear Honorable Judge Underhill,

I am writing to inform you that Ms. Hadley Macpherson is currently having an emergency sight threatening condition called infected bacterial corneal ulcer of her left eye. This is a deep infection causing pain, photophobia, and swelling of the cornea which causes impaired vision, unfortunately, on her only sighted eye, and can lead to blindness without aggressive treatment. The right eye is nonfunctional due to childhood amblyopia.

In addition she has iritis, which is inflammation of the iris which cannot be treated with a steroid at this time due to the infected cornea.

Currently I am trying to save the only seeing eye with aggressive frequent around the clock topical antibiotic drops. For the past 2 days, she has been using Vigamox every 30 minutes while awake, and every 1 hour overnight. Between the pain, vision impairment, and lack of sleep from this around the clock treatment, Ms. Macpherson is unable to look at a computer screen, read, or drive. I am having Ms. Macpherson be seen every single day in my office. Her expected time course until she is able to function well again is possibly between 2 to 4 weeks.

If you have any further question, Ms. Macpherson has waved privilege to you. Please feel free to contact me with any questions or concerns.

Sincerely,

Kristine E. Longshore, MD
Board Certified
Ophthalmology

**Central Bucks Ophthalmology LLC**
Kristine E. Longshore MD
Board Certified in Ophthalmology
410 Farm Lane • The Carriage House • Doylestown, PA 18901
Phone: 215.348.4554 • Fax: 215.348.4968

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, July 9, 2004, to ~~Attorney William Wade, of Robinson & Cole, at 280 Trumbull Street, Hartford, CT 06103 - 3597, and Paul Egan, at P.O. Box 83, Centerbrook, CT 06409~~ Attorney Edward Sheehy, at 799 Silver Lane, Trumbull, CT.

_____
Rachel Egan

_____
Loyal Egan

Plaintiff Pro Se

_____
Hadley Macpherson
P.O. Box 501
Lahaska, PA 18931
(215) 325 - 1001