FILED

2004 JUL 19 A 10: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..........................................
:
RACHEL EGAN, LOYAL EGAN              :
and HADLEY MACPHERSON EGAN           :
                                     :
        PLAINTIFFS                   :    NO.      301CV01555 SRU
                                     :
                                     :
VS.                                  :    DATE:    JULY 16, 2004
                                     :
                                     :
SALLY HODGDON                        :
                                     :
        DEFENDANT                    :
..........................................

**OBJECTION OF THE DEFENDANT, SALLY HODGDON
TO THE PLAINTIFFS' LETTER TO COURT DATED JULY 7, 2004**

The defendant **SALLY HODGDON** in the above entitled action hereby objects to the plaintiffs' Letter to Court dated July 7, 2004 requesting an indefinite extension of time to file Amended Complaint for the following reasons:

1. This action was filed with the court on August 16, 2001;

2. The plaintiffs have been granted numerous extensions of time to serve the complaint and to file an Amended Complaint;

3. The court on April 13, 2004 entered an order that "the

- 2 -

plaintiffs are ordered to file an Amended Complaint no later than Friday, May 14, 2004. FAILURE TO COMPLY WITH THIS DEADLINE WILL RESULT IN DISMISSAL OF THE CASE."

4. The plaintiffs filed an Amended Complaint dated May 14, 2004 which is file stamped "May 14, 2004 5:04 p.m."

5. The plaintiffs filed a Motion for Stay of Proceedings and Stay of Defendant's Responses to Amended Complaint dated June 2, 2004 requesting an extension of time for ten days to allow the plaintiffs to file a further amended complaint.

6. The Court on June 14, 2004 granted the plaintiffs' Motion for Stay of Process and Stay of Defendant's Responses to Amended Complaint and stated "further extensions of time to file an Amended Complaint are unlikely to be granted."

7. The plaintiffs failed to file an Amended Complaint on or before June 24, 2004 in accordance with the Court's order of June 14, 2004.

8. As of this date, the plaintiff has not filed a further Amended Complaint.

9. Any further extensions of time to file a further Amended

- 3 -

Complaint will result in further prejudice to the defendant.

WHEREFORE, the defendant, Sally Hodgdon, respectfully requests the Court to deny the plaintiffs' Letter to Court dated July 7, 2004 which requests an indefinite extension of time to file a further Amended Complaint in this action.

THE DEFENDANT

BY _____
Edward Maum Sheehy
WILLIAMS, COONEY & SHEEHY, LLP
799 Silver Lane
Trumbull, CT 06611-0753
Tel. (203) 380-1741
Fed. Bar #ct 04212

**ORDER**

So Ordered:

_____
U.S. DISTRICT COURT JUDGE

- 4 -

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

**Hadley MacPherson (Egan) Pro Se**
P.O. Box 501
Lahaska, PA  18931

**Loyal B. Egan**
P.O. Box 501
Lahaska, PA  18931

**Rachel J. Egan**
P.O. Box 501
Lahaska, PA  18931

_____
Edward Maum Sheehy