FILED

**UNITED STATES DISTRICT COURT**

2005 MAR 10 A 10: 47

**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**AT BRIDGEPORT**

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | |
| and | MARCH 8, 2005 |
| LOYAL EGAN | |
| PLAINTIFFS | |
| | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | REQUEST FOR |
| and | AN ENLARGEMENT |
| THE COMMUNITIES' LAW CENTER | OF TIME |
| and | |
| SISTERS OF ST. JOSEPH | |
| and | |

**SISTERS OF MERCY**

and

**SISTER OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

DEFENDANTS

# **REQUEST FOR ENLARGEMENT OF TIME**

The plaintiff, Hadley Macpherson, and child plaintiffs, Rachel Egan and Loyal Egan, respectfully request an enlargement of time.

The Court, in this case of 3:01CV01555, entered an order on Friday, February 18, 2005 which made certain all deadlines for the remainder of the case.

The last line of that Friday, February 18, 2005 Order, stated ---

"These deadlines will not be extended but for exceptional cause."

The plaintiff, Hadley Macpherson, saw that Order posted on the Pacer system on Saturday, February 19, 2005, and was grateful for the time allotted, fully believing there would be no foreseeable reason why she would not be able to meet that deadline.

However, on the following day of Sunday, February 20, 2005, the child plaintiff Rachel Egan, who is studying abroad for a Semester at the Wells Program in Florence, Italy, was taken by ambulance to the hospital.

Mr. Ferenzi, the director of the Wells Program in Italy, can testify to the facts as related in this Motion. Some of the hospital records are also attached to this Motion as Exhibits as well, as proof of the facts related below.

Earlier in the day on Sunday, February 20, 2005, the child plaintiff, Rachel Egan, while out at a restaurant had begun to feel ill, and then back at the apartment with her roommate Hannah Huegly, also from Davidson College, she grew much worse. By evening she was bleeding out her rectum, and Hannah called her mother back in Tennessee, who is a nurse by profession, who then called a doctor, who then told Hannah to call for an ambulance.

1

The child plaintiff, Rachel Egan, spent the evening of Sunday, February 20, 2005 in the Emergency center of the hospital known as "Presidio Ospedaliero di Santa Maria Nuova" located on Via Busalini Della Pergola, in Florence Italy.

In the early morning hours of Monday, February 21, 2005, the child plaintiff, Rachel Egan, was formally admitted into the Hospital di Santa Maria Nuova, where she remained until the evening of Thursday, February 24, 2005.

On the evening of Thursday, February 24, 2005, the child plaintiff, Rachel Egan, was released.

On Monday, February 28, 2005, the child plaintiff, Rachel Egan was taken back to the Hospital Di Santa Maria Nuova.

On Tuesday, March 1, 2005, the child plaintiff Rachel Egan was admitted once again into the hospital, and did not get released until the evening of Wednesday, March 3, 2005.

On the evening of Thursday March 4, 2005, the child plaintiff, Rachel Egan, was informed that her boyfriend from high school and college, Tom Mehling, had been killed in an automobile accident the night before at 10:15 pm, on the evening of Wednesday, March 3, 2005, after hitting an ice patch in Buckingham Pennsylvania by his home.

A copy of the obituary for Thomas Mehling, 19, placed in The Intelligencer Record, the local newspaper for New Hope, Lahaska, Buckingham, and Doylestown, Pennsylvania, as it was posted on the Internet, is attached to this Motion as an Exhibit.

A photograph of the child plaintiff, Rachel Egan, and Tom Mehling, is also attached.

The services for Tom Mehling were held on Sunday March 6, 2005 and Monday March 7, 2005.

Tom Mehling was a lovely boy, and was a friend not just to the child plaintiff, Rachel Egan, but to the child plaintiff, Loyal Egan well, who he has been a big brother to.

Lastly, there was yet one more circumstance which ironically occurred concurrently with the events already mentioned above.

The Appellate Court issued its own Order on the same date of Friday, February 18, 2005, as this Court issued its Orders, an Order setting an identical deadline of Thursday March 10, 2005 as the date the plaintiff's Appellate Brief was due in Appellate Court. The plaintiff had been waiting for a decision on a Motion for the Court to Take Judicial Notice of facts in another Appellate case that she had won, a decision which needed to be made before she could include those references in her Appellate Brief.

The plaintiff had been instructed to file that Motion for Judicial Notice back in December, 2004, which she did, and had been waiting for the answer to it which was delivered to her on February 18, 2004, an answer that then turned the clock back on for the Appellate Brief to be filed on Thursday, March 10, 2005, the same day as the Amended Complaints in this case.

On Monday, March 1, 2005, due to the running concurrent deadlines, and the illness of the child plaintiff, Rachel Egan, the plaintiff, Hadley Macpherson, under the Divorce Court name of Lisa Egan, filed a Motion for Extension of Time to File her Brief, attaching as Exhibit's the documentation from the hospital in Florence Italy, and asking for 20 days from March 10, 2005, by which to complete the Brief.

That Motion for Extension of Time in Appellate Court, as of this day of Tuesday, March 8, 2005, has not yet been acted upon, so the plaintiff is still trying to complete that Appellate Brief at the same time as the complete the documents due in this case, and case 3:01CV01555, by the same date of March 10, 2005.

3

The plaintiff was unable to reach Attorney William Sheehy, or Attorney Nigro for the defendants in this case, though she tried this morning of Tuesday, March 8, 2005, at just after 10:00. They were out of the office for a deposition. The plaintiff was told to call back after 3:00 pm., but when she did so the office was closed evidently due to a snowstorm, and as a result, Attorney Sheehy did not end up returning the plaintiffs messages.

The plaintiff, in the sister case of 3:02CV1309 was requesting the date of Tuesday, March 15, 2005, by which to have filed the plaintiffs Amended Complaint, and repeats that request here.

The plaintiff, as a pro se, cannot instantly electronically file her pleadings, so she needs the evening of Monday, March, 14, 2004, by which to Overnight Fedex her Amended Complaint Next Day Air, in order to be able to make use of the weekend.

Otherwise, if only a one day extension were granted only until that of Friday, March 11, 2005, or the following Monday, March 14, 2005, there is no way for the plaintiff to successfully meet either deadline, as the first one would have to be sent out Overnight Fedex Next Day Air on Thursday March 10, 2005 anyway, in order to reach the District Court in Bridgeport Connecticut the following morning of Friday, March 11, 2005.

The date of Monday, 14, 2005 poses the same problem as the Fedex, would have to be sent out on Friday, March 11, 2005 to reach the Court on Monday due to the weekend, so the plaintiffs would really <u>only gain a day</u> instead of the four days afforded by the weekend.

There is 800 miles between the plaintiffs in North Carolina, a car trip of 14 hours without breaks, and the District Courthouse in Bridgeport. Therefore, driving is out of the question also.

The date of Tuesday, March 15, 2005, with the mailing time needed, and the inability to electronically,  affords the plaintiffs, an actual time gain of four (4) days from the present deadline of Thursday, March 10, 2005.

4

The plaintiffs apologize to the Court, and to the defendants, for their having to ask for this Enlargement of Time.

The plaintiffs know they should not expect that it should be granted, but anyone in their place, under the circumstances of the past two weeks, would find themselves still having to ask.

**Wherefore,** the plaintiffs, Hadley Macpherson, Rachel Egan, and Loyal, respectfully request the previous deadline date of Thursday, March 10, 2005, be moved by five (5) days, to the date of Tuesday, March 15, 2005, or to any date the Court deems fair to prevent manifest injustice, and the deadline for the defendants' Answer, and Service to be made upon any added parties, to move equivalently with it.

Respectfully Submitted,

_Rachel Egan_
Rachel Egan

_Loyal Egan_
Loyal Egan

_Hadley Macpherson_
Hadley Macpherson

2015 McKenzie Creek Drive

Charlotte, PA 28270

(704) 675 - 5252

5

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day of March 8, 2005, to Attorney Edward Sheehy, of Williams Cooney and Sheehy, 799 Silver Lane, Trumbull, CT., 06611-0753.

*Rachel Egan* [signature]
Rachel Egan

*Loyal Egan* [signature]
Loyal Egan

Plaintiff Pro Se

*Hadley Macpherson* [signature]
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252



**Azienda Sanitaria 10 di Firenze**
**Presidio Ospedaliero di Santa Maria Nuova**

### DEA DEGENZA BREVE
Direttore: Dottor Alfonso Lagi
Tel. 055 - 2758 665  2758 503   FAX 055 - 2758 719

Firenze, giovedì 24 febbraio 2005
Alla cortese attenzione del Medico Curante
Dimettiamo in data odierna la Signora EGAN Rachel Julia
Ricoverata dal                              21 febbraio 2005
con la seguente diagnosi: Osservazione per colica addominale e rettorragia in sospetta IBD. Accertamenti in corso.
FOLLOW-UP.
Terapia suggerita:
- LEVOXACIN 500 1 cp. al dì per 5 giorni   1 per day for 5 days
- ASACOL 800 1 cp. 3 volte al dì   2 pills, 3x day
- VSL3 1 bustina al dì    LANSOX 30 1 cp. al dì  1 pill a day

Rientra il 1 marzo 2005 alle ore 8.00 per controllo e preparazione a Colonscopia fissata per il 2 marzo.
Controllo temperatura 2 volte al dì.
Evitare Alcoolici, caffè e cibi piccanti.   no coffee or spices
Ricontattare il Reparto in caso di ripresa della sintomatologia dolorosa, febbre o sanguinamento.
N.B.:
Presso la Farmacia dell'Ospedale sono in distribuzione i farmaci per l'inizio della terapia domiciliare consigliata; si ricorda che vengono consegnati solo i farmaci di Classe A.

Distinti saluti

*Hadley Macpherson*
*2 pages*



**Azienda Sanitaria 10 di Firenze**
**Presidio Ospedaliero di Santa Maria Nuova**

**DEA DEGENZA BREVE**
Direttore: Dottor Alfonso Lagi
Tel. 055 - 2758 665   2758 503   FAX 055 - 2758 719

Firenze, giovedì 3 marzo 2005
Alla cortese attenzione del Medico Curante
Dimettiamo in data odierna la Signora   Rachel Julia EGAN
Ricoverata dal   2 marzo 2005
con la seguente diagnosi:
Controllo endoscopico con quadro normalizzato in pregressa colite in definizione istologica.
Terapia suggerita:
ASACOL 400 2 cp. 3 volte al dì per una settimana, poi 1 cp. 3 volte al dì
LANSOX 30 1 cp. al dì
Controllo Ambulatorio post-critico il 16 p.v. alle ore 14.00 (presentarsi in Reoarto)
N.B.:
Presso la Farmacia dell'Ospedale sono in distribuzione i farmaci per l'inizio della terapia domiciliare consigliata; si ricorda che vengono consegnati solo i farmaci di Classe A.

Distinti saluti

phillyBurbs.com
Your Internet Starts Here.

Login | Doylestown Edition | Edit
3/8/2005 · LIGHT SNOW

AdSearch — Newspaper ads and Classifieds
CarSearch — Search 15,000 LOCAL cars
JobSearch — Search jobs, Post a resume
HomeSearch — Search 6,000 LOCAL Homes
› Shop Online
› Shop Local
› Personals
› Dining
› Coupons
› Travel

The Intelligencer

News  Sports  Money  Entertainment  Guides  Interact  Search  ?

- Homepage
- Change Newspaper
- Contact Us
- Advertise

NI Newspaper in Loc
Education
Bucks County Courier Times
Burlington County Times
The Intelligencer
Hometown
Pennsylvania
New Jersey
National
World
Health
Washington
Elections
Columnists
Obituaries
Opinion
Lotteries
Weather

Extend the reach of your advertisi
with banners on phillyBurbs.com!
Call Mel Taylor today at 866-229-1210

Home / Intelligencer Obituaries

# Thomas J. Mehling

The Intelligencer

Thomas John Mehling of New Hope, died suddenly on Wednesday, March 2, 2005, as the result of injuries received in an automobile accident. He was 19.

He was the beloved son of the late John W. Mehling. He is survived by his beloved mother and stepfather, Gail Rose Grastataro-Jordan and Timothy R. Jordan of New Hope.

He was preceded in death by his maternal grandfather, Carmine Grastataro and his paternal grandfather, John Mehling.

Born and raised in Edison, N.J., Thomas had been a resident of New Hope for the past 7 years. Affectionately known to his friends as "TGras" he graduated from New Hope-Solebury High School, Class of 2003, where he participated in both wrestling and baseball. After graduation, he attended the University of Central Florida for 1 1/2 years, where he was majoring in forensic science. This past semester, Thomas transferred to Bucks County Community College while continuing his studies after changing his major to business.

He was always ready to play a game of poker, loved to sing and dance, and enjoyed both football and baseball. He was an avid fan of the Yankees, Jets, and Eagles.

Most importantly, Tommy deeply loved his family and all of his friends. Being people oriented, he had the ability to walk into a room full of strangers and make friends within minutes. His smile would light up a room. He will be deeply missed as a devoted son, brother, grandson, uncle, godfather and good friend to all who knew him.

In addition to his mother and stepfather, Tommy is survived by his brother, John Mehling; two sisters, Michelle Connety and Nancy Valente; his maternal grandmother, Virginia Grastataro and his paternal grandmother, Madeline Mehling, all of Queens, N.Y.

Relatives and friends are invited to attend his funeral Mass at 11 a.m. on Monday, March 7, at St. Martin of Tours Church, 1 Riverstone Circle, New Hope. Interment will take place in the parish cemetery. Friends may call

LOCAL
Schmidt':
Bristol, PA
(215) 788
More info
Visit our V

Blossom:
Cherry Hi
Cherry Hil
(856) 795
More info

Place you
business I
Contact M
215-949-4
mtaylor@

Find busi
your hom
Select a
Town
Subn

phillyBurbs

**Highlights**

**Your must-have DVD guide**
Necessary titles to complete your collection

**Burbs Blogs: Join in the conversation!**

**Online-only deals**
Save time and money

**Get informed, connect with local businesses**

**Listen up**
The music you need

phillyburbs nav

from 2 to 4 p.m. and from 7 to 9 p.m. on Sunday, March 6, at Joseph A. Fluehr III Funeral Home, 241 E. Butler Ave. (Route 202 at Sandy Ridge Road) New Britain.

In lieu of flowers, contributions in his memory may be made to Big Brothers Big Sisters of Bucks County, 2875 Old York Road, Jamison, PA 18929 or Girls and Boys Town of Philadelphia, 154-160 E. Huntingdon Street, Philadelphia, PA 19125. Joseph A. Fluehr III Funeral Home,

New Britain

www.fluehr.com

March 5, 2005 12:00 AM

**Story Options:** Reader Comments  Print this story  Email a friend

©2005 Copyright Calkins Media, Inc. All rights reserved.                    back to top

The In
Click to s
print ec

› Shop
› Find I
› Buy a
› Find a
› Buy a
› Plan a
› Go Ou

Home |Contact Us|Change Town|Privacy Policy|Advertise |Site Map |Syndication