**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
...................................
                                    :
RACHEL EGAN, LOYAL EGAN             :
and HADLEY MACPHERSON EGAN          :
                                    :
      PLAINTIFFS                    :     NO.        301CVO1555 SRU
                                    :
                                    :
VS.                                 :     DATE:     MARCH 11, 2005
                                    :
                                    :
SALLY HODGDON                       :
                                    :
      DEFENDANT                     :
...................................:
```

<u>      OBJECTION OF THE DEFENDANT, SALLY HODGDON</u>
<u>      TO THE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE</u>
<u>               FURTHER AMENDED COMPLAINT</u>

The defendant **SALLY HODGDON** in the above entitled action hereby objects to the plaintiffs' Motion for Extension of Time to File Further Amended Complaint for the following reasons:

1.   On February 17, 2005, the Court entered an order in the above entitled matter <u>inter</u> <u>alia</u> that the plaintiffs are to file a further Amended Complaint by "3/10/05 are it will be barred;"

2.   On May 14, 2004, the plaintiffs filed an Amended

- 2 -

Complaint;

3.    The plaintiff has had almost ten months to file a further

Amended Complaint;

4.    Any  further  extension  of  time  to  file  an  Amended

Complaint  will  only  result  in  further  delay  of  this

matter which was filed in the Court on August 16, 2001.

WHEREFORE, the defendant, Sally Hodgdon, respectfully requests

the Court to deny the plaintiffs' Motion for Enlargement of Time.


THE DEFENDANT


BY_____
          Suzannah K. Nigro
          WILLIAMS, COONEY & SHEEHY, LLP
          799 Silver Lane
          Trumbull, CT  06611-0753
          Tel.  (203)  380-1741
          Fed. Bar #ct 04212

**ORDER**


_____So Ordered:


_____
_____U.S. DISTRICT COURT JUDGE

- 3 -

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
P.O. Box 501
Lahaska, PA  18931

Hadley MacPherson (Egan) Pro Se
2015 Mackenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
P.O. Box 501
Lahaska, PA  18931

Loyal B. Egan
2015 Mackenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
P.O. Box 501
Lahaska, PA  18931

Rachel J. Egan
2015 Mackenzie Creek Drive
Charlotte, NC  28270

_____
Suzannah K. Nigro