```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

................................
                                :
RACHEL EGAN, LOYAL EGAN          :
and HADLEY MACPHERSON EGAN       :
                                :
        PLAINTIFFS               :    NO.       301CV01555 SRU
                                :
VS.                              :
                                :    DATE:     APRIL 4, 2005
                                :
SALLY HODGDON                    :
                                :
        DEFENDANT                :
                                :
................................
```

## NOTICE OF MANUAL FILING

Please take notice that Sally Hodgdon has manually filed the Motion To Strike .

This Motion To Strike has not been filed electronically because:

[ ]  The document cannot be converted to an electronic format

[**X**]  The electronic file size of the document exceeds 1.5 mb

[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]

[ ]  Plaintiff / Defendant is excused from electronically filing

this document by court order.

The document has been manually served on all parties.

        THE DEFENDANT
        SALLY HODGDON

BY_____
        Edward Maum Sheehy
        WILLIAMS, COONEY & SHEEHY, LLP
        799 Silver Lane
        Trumbull, CT 06611-0753
        Tel. (203) 380-1741
        Fed. Bar #ct 04212

Case 3:01-cv-01555-SRU    Document 89-3    Filed 04/04/2005    Page 3 of 3