AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **FILED**

Hadley Macpherson (Lisa Egan)
Rachel Egan
Loyal Egan

2005 APR -5 P 4: 50

**SUMMONS IN A CIVIL CASE**
US DISTRICT COURT
BRIDGEPORT CT

V.

Attorney Sally Hodgdon
Attorney Sue Ann Shay
Attorney Jane Kinney Pinotek
The Communities' Law Center
Attorney John Berman
Berman, Bourns, & Currie LLC
Berman, Bourns, Aaron & Dembo LLC
Sisters of Mercy
Sisters of St. Joseph (Saint Joseph)
Sisters of Notre Dame
Daughters of the Holy Spirit

CASE NUMBER:

3:01CV01555 SRU
3:02CV1309 SRU

TO: (Name and address of Defendant)

The Communities' Law Center
27 Park Road
West Hartford, CT 06119

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hadley Macpherson
2015 Mckenzie Creek Drive
Charlotte North Carolina ~~28870~~
28270

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

MAR 3 0 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-30-05 |
| NAME OF SERVER (PRINT) Elizabeth G. Kassel | TITLE indifferent person over 21 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: The Communities' Law Center

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Officer - Attorney Sally Hodgdon

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-30-05            *Elizabeth M. Kassel*
              Date                  Signature of Server

              88 New Rd
              Address of Server
              Avon, CT 06001
              (860) 693-9471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.