AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED

District of _____

Hedley Macpherson (Lisa Egan)
Rachel Egan
Loyal Egan

2005 APR -5 P 4:50

US SUMMONS IN A CIVIL CASE
BRIDGEPORT CT

V.

Attorney Sally Hodgdon
Attorney Sue Ann Shay
Attorney Jane Kinney-Knotek
The Communities' Law Center
Attorney John Berman
Berman, Bourns & Currie LLC
Berman, Bourns, Aaron & Dembo LLC
Sisters of Mercy
Sisters of St Joseph (Saint Joseph)
Daughters of the Holy Spirit
Sisters of Notre Dame

CASE NUMBER:

3:01 CV 01555 SRU
3:02 CV 1309 SRU

TO: (Name and address of Defendant)

Sisters of Mercy
249 Steele Rd.
West Hartford CT 06117

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hedley Macpherson
2015 Mckenzie Creek Drive
Charlotte North Carolina 28270

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

A True Copy
ATTEST
KEVIN F. ROWE
Clerk, U.S. District Court

KEVIN F. ROWE

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3·30·05 |
| NAME OF SERVER (PRINT) Elizabeth Kassel | TITLE indifferent person over 21 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: __Sisters of Mercy__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Sister Carmel Caputo - Financial Officer__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3-30-05__  __Elizabeth D. Kassel__
            Date            Signature of Server

__88 New Rd__
Address of Server
Avon, CT 06001
(860) 693-9471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.