AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

**FILED**
2005 APR -5 P 4:50
US DISTRICT COURT
BRIDGEPORT CT

Hadley Macpherson (Lisa Egan)
Rachel Egan
Loyal Egan

V.

Attorney Sally Hodgdon
Attorney Sue Ann Shay
Attorney Jane Kinney Knotek
The Communities Law Center
Attorney John Berman
Berman, Bourns & Currie, LLC
Berman, Bourns, Aaron, & Denbo LLC
Sisters of Mercy
Sisters of St. Joseph (Saint Joseph)
Daughters of Holy Spirit
Sisters of Notre Dame

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3:01CV01555 SRU
3:02CV1309 SRU

TO: (Name and address of Defendant)

Sisters of Notre Dame
468 Poquonock Avenue
Windsor CT 06095

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

MAR 3 0 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>  
DATE: 3-30-05

NAME OF SERVER (PRINT): Elizabeth G. Kassel  
TITLE: Indifferent person over 21

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Sisters of Notre Dame

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Co-Superior of Sisters of Notre Dame Sister Patricia Chappell

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-30-05   Signature of Server: Elizabeth G. Kassel

Address of Server: 88 New Rd  
Avon, CT 06001  
(860) 693-9471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.