FILED

# UNITED STATES DISTRICT COURT

2005 APR 12 A 11:03

# DISTRICT OF CONNECTICUT

DISTRICT COURT
BRIDGEPORT CONN

## AT BRIDGEPORT

HADLEY MACPHERSON (EGAN)                3:01CV01555  SRU

      and

RACHEL EGAN

      and                                         APRIL 9, 2005

LOYAL EGAN

         PLAINTIFFS

                                       CIVIL ACTION

VS.

ATTORNEY SALLY HODGDON                   SECOND

      and                                      AFFIDAVIT OF

THE  COMMUNITIES' LAW CENTER           ELIZABETH KASSEL

      and

SISTERS OF SAINT (ST.) JOSEPH

      and

**ATTORNEYJANE KINNEY - KNOTEK**

and

**ATTORNEY SUE ANN SHAY**

and

**SISTERS OF MERCY**

and

**SISTER OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

DEFENDANTS

# SECOND AFFIDAVIT OF ELIZABETH KASSEL

1.   My name is Elizabeth Kassel.

2.   I live at 88 New Road, Avon, Connecticut, 06001.

3.   I am over the age of 21.

4.   I am a disinterested party to both of the Federal cases known as #3:01CV01555 and
#3:02CV1309, and will never be a party to either of those cases.

5.   In my Affidavit signed on April 6, 2005, there was an inadvertent omission.

6.   Hadley Macpherson has asked me to make this Second Affidavit in order to fully attest to
the events involving Service being made on the defendants, and statements made by
Attorney Sally Hodgdon when I performed Service on her at 27 Park Road, in West
Hartford Connecticut, at 4:30 pm on the afternoon of Wesdnesday March 30, 2005.

7.   When I attempted to Serve Attorney Sally Hodgdon, the Summons and Amended
Complaints for the defendants, Attorney SueAnn Shay and Attorney Jane Kinney -
Knotek, and Attorney Sally Hodgdon would not accept Service for those defendants, I
asked Attorney Sally Hodgdon several times if she knew the whereabouts or addresses of
either of those two defendants, to which Attorney Sally Hodgdon would not answer my
questions, but only continued to re-iterate that she had nothing to do with those two
defendants and had no authority as to them, due to their having left the employ of The
Communities' Law Center.

8.   I swear, on penalty of perjury, that the above statements in this Affidavit, are true and
accurate to the best of my ability and belief and knowledge.

Notary

Elizabeth Kassel, Affiant

4-11-05

Date

4-11-05

Date

**LYNN STRAND**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 08/31/2007

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been delivered this day of

April   , 2005, Attorney James Wade and Attorney David Samuels of Robinson & Cole, at 280

Trumbull Street, Hartford CT 06103 - 3597, Attorney Edward Sheehy at 799 Silver Lane,

Trumbull, CT, 06611, The Communities' Law Center, 27 Park Road, West Hartford, CT, 06119,

the Sisters of St. Joseph, 27 Park Road, West Hartford, CT. 06119, the Sisters of Mercy, 249

Steele Road, West Hartford, CT. 06117, the Sisters of Notre Dame, 468 Poquonock Avenue,

Windsor, CT 06095, the Daughters of the Holy Spirit, 72 Church Street, Putnam, CT, and to Sue

Ann Shay and Attorney Jane Kinne - Knotek at the Clerks Office at the United States District

Court located at 915 Lafayette Boulevard, Bridgeport, CT 06604.


Rachel Egan

Loyal Egan


Plaintiff Pro Se

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252