UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | : : : : |
| Plaintiffs, | : NO: **3:01CV01555 (SRU)** |
| | : **3:02CV1309 (SRU)** |
| VS. | : : |
| ATTORNEY SALLY HODGDON, ET AL, | : : |
| Defendants. | : APRIL 18, 2005 |

## APPEARANCE

Please enter my appearance as attorney for the defendants, **SISTERS OF MERCY and SISTERS OF ST. JOSEPH,** in the above-entitled case.

						Louis B. Blumenfeld
						Cooney, Scully and Dowling
						Hartford Square North
						Ten Columbus Boulevard
						Hartford, Connecticut 06106
						Fed. Bar # ct05636
						Phone: (860) 527-1141
						Fax:    (860) 247-5215

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on April 18, 2005, as follows:

>Hadley Macpherson
>Rachel J. Egan
>Loyal B. Egan
>2015 McKenzie Creek Drive
>Charlotte, NC 28270
>
>Edward M. Sheehy, Esq.
>Suzannah Kim Nigro, Esq.
>Williams, Cooney & Sheehy
>799 Silver Lane
>Trumbull, CT 06611-0753

_____
Louis B. Blumenfeld

#200398