UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | : | |
| Plaintiffs, | : | NO: **3:01CV01555 (SRU)** |
| | : | **3:02CV1309 (SRU)** |
| VS. | : | |
| ATTORNEY SALLY HODGDON, ET AL, | : | |
| Defendants. | : | APRIL 18, 2005 |

### MOTION FOR EXTENSION OF TIME TO PLEAD

The undersigned defendants, by counsel, move the court to extend the time for them to plead to the plaintiff's Amended Consolidated Complaint for thirty days, to May 19, 2005. The additional time is needed for the following reasons:

1. The undersigned were only recently retained to represent the defendants Sisters of Mercy and Sisters of St. Joseph on this matter.

2. The "Consolidated Amended Complaint", served on these defendants on March 30, 2005 is 270 pages long and contains 1,544 paragraphs of allegations.

3. Undersigned counsel has not been able to digest, and analyze the pleading, much less determine all available applicable facts necessary to determine the appropriate manner to

proceed, and accordingly requires a reasonable amount of additional time to complete that process, to decide what is appropriate and to prepare a pleading.

4. Further, based on information obtained from the Docket, from some prior pleadings and from some minor fact development, the undersigned has come to understand that there is a substantial history in this case that predates the current "Consolidated Amended Complaint", which history must be understood and analyzed and which well may impact on the appropriate pleading or pleading to file.

5. A Motion To Strike the Consolidated Amended Complaint has been filed in this matter by a co-defendant, which motion has an impact on these defendants' pleading, both from the viewpoint of the relief sought and as to the appropriate means to proceed and it is necessary to analyze that pending pleading in determining the appropriate approach for these defendants.

Because of the size of the complaint to which these defendants must respond as well as the need to obtain and assess facts pertinent to pleading based on the substance of the current complaint and due to the past history in the this case that must be understood and assessed, there is a need and reason for the requested thirty day extension.

The plaintiffs were contacted by telephone by Attorney Karen J. Casey on behalf of the undersigned and asked by message left at the telephone number in the Court Docket if there was objection by any plaintiff to an extension of time up to sixty days in order to respond to or reply to the Amended Complaint. Attorney Casey received a response message from plaintiff Hadley

Macpherson indicating that she was responding on behalf of herself and her children and that none of them had any objection to an extension of time to "answer" the complaint. I attempted to reach the plaintiffs this date in an attempt to clarify their position as to "pleading" rather than answering, but I reached Ms. Macpherson's answering machine and thus was not able to clarify the plaintiffs' position as to an extension requested that allows the time to plead in any manner believed to be appropriate.

This is these defendants first request to extend the time for them to plead.

WHREREFORE, the defendants Sisters of Mercy and Sisters of St Joseph pray that the time for them to plead to the Consolidated Amended Complaint be extended to May 19, 2005.

**DEFENDANTS SISTERS OF MERCY
AND SISTERS OF ST. JOSEPH**

By _____
Louis B. Blumenfeld
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
Phone: 860-527-1141
Fax:    860-247-5215
E-mail: lbb@csd-law.com
Fed Bar #05636

Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on April 18, 2005, as follows:

>Hadley Macpherson
>Rachel J. Egan
>Loyal B. Egan
>2015 McKenzie Creek Drive
>Charlotte, NC 28270
>
>Edward M. Sheehy, Esq.
>Suzannah Kim Nigro, Esq.
>Williams, Cooney & Sheehy
>799 Silver Lane
>Trumbull, CT 06611-0753

_____
Louis B. Blumenfeld

#200395