# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | APPEARANCE |
| Plaintiffs, | CIVIL ACTION NO.: 3:01CV01555 (SRU) |
| v. | U.S.D.C./Bridgeport |
| SALLY HODGEDON, ET AL. | |
| Defendants. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendants, Daughters of the Holy Spirit and Sisters of Notre Dame De Namur.

April 25, 2005
Date

*[Signature]*
Signature

ct 20986
Bar Number

Elizabeth K. Andrews
Print Name

Tyler Cooper & Alcorn, LLP
Firm Name

205 Church Street, P.O. Box 1936
Address

New Haven     Connecticut     06509-1910
City          State            Zip Code

(203) 784-8200
Phone Number

eandrews@tylercooper.com
E-Mail Address

## CERTIFICATE OF SERVICE

This is to certify that on this 25th day of April, 2005 a copy of the foregoing was mailed, first class, postage prepaid to:

<u>Plaintiffs:</u>
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

<u>Counsel for Sally Hodgdon:</u>
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

<u>Counsel for Sisters of Mercy and Sisters of St. Joseph:</u>

Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews