UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | ) <br> ) <br> ) <br> ) <br> ) |
| V. | ) CIVIL ACTION NO: 3:01CV01555 (SRU) <br> ) <br> ) <br> ) |
| SALLY HODGEDON, ET AL. | ) <br> ) APRIL 25, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants, Daughters of the Holy Spirit and Sisters of Notre Dame de Namur (together the "Defendants"), pursuant to L.Civ.R. 7(b) 1(a), hereby move for an extension of time to and including June 24, 2005, to file an answer or motion addressed to the Plaintiffs' Complaint dated March 15, 2005.

Good cause exists for the granting of this motion in that undersigned counsel very recently received the Plaintiffs' Complaint, the Complaint consists of 271 pages and 1544 separately numbered paragraphs. Despite the diligence of counsel, the Defendants require additional time to fairly and accurately respond to Plaintiffs' Complaint.

Plaintiff is proceeding pro se. This is the first motion for extension of time filed with respect to this limitation.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully Submitted,

THE DEFENDANTS,

DAUGHTERS OF THE HOLY SPIRIT AND SISTERS OF NOTRE DAME DE NAMUR

By: _____
Elizabeth K. Andrews ct20986
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Tel.: (203) 784-8200; Fax: (203) 865-7865
eandrews@tylercooper.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on April 25, 2005 to:

Plaintiffs:
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Counsel for Sally Hodgdon:
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

Counsel for Sisters of Mercy and Sisters of St. Joseph:
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews