## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
...................................
                                   :
RACHEL EGAN, LOYAL EGAN             :
and HADLEY MACPHERSON EGAN          :
                                   :
      PLAINTIFFS                    :   NO.    3:01CVO1555 SRU
                                   :
VS.                                 :   DATE:  APRIL 29, 2005
                                   :
SALLY HODGEDON                      :   APPEARANCE
                                   :
      DEFENDANT                     :
...................................:
```

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the defendant THE COMMUNITIES' LAW CENTER.

| | |
|---|---|
| April 29, 2005 | |
| Date | Signature |
| | |
| ct 04212 | Edward Maum Sheehy |
| Bar Number | Print Name |
| | |
| | Williams, Cooney & Sheehy, LLP |
| | Firm Name |
| | |
| | 799 Silver Lane |
| | Address |
| | |
| | Trumbull, CT  06611-0753 |
| | City, State, Zip Code |
| | |
| | 203-380-1741 |
| | Phone Number |

- 2 -

I hereby certify that copies have been mailed/handed to counsel of record as listed below, this date:

**Hadley MacPherson (Egan) Pro Se**
**P.O. Box 501**
**Lahaska, PA  18931**

**Loyal B. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

**Rachel J. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

**Loyal B. Egan**
**2015 Mackenzie Creek Drive**
**Charlotte, NC  28270**

**Rachel J. Egan**
**P.O. Box 501**
**Lahaska, PA  18931**

**Rachel J. Egan**
**2015 Mackenzie Creek Drive**
**Charlotte, NC  28270**

**Louis B. Blumenfield, Esq.**
**Cooney, Scully & Dowling**
**Ten Columbus Boulevard**
**Hartford, CT  06106**

**Elizabeth K. Andrews, Esq.**
**Tyler Cooper & Alcorn, LLP**
**205 Church Street**
**P.O. Box 1936**
**New Haven, CT  06509-1910**

_____
Edward Maum Sheehy