```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

...................................
:
RACHEL EGAN, LOYAL EGAN          :
and HADLEY MACPHERSON EGAN       :
                                 :
     PLAINTIFFS                  :    NO.      3:01CV01555 SRU
                                 :
                                 :
VS.                              :    DATE:    APRIL 29, 2005
                                 :
                                 :
SALLY HODGDON                    :
                                 :
     DEFENDANT                   :
...................................

### OBJECTION OF THE DEFENDANT, SALLY HODGDON TO REQUEST TO FILE REPLY OUT OF TIME TO DEFENDANT ATTORNEY SALLY HODGDON'S OBJECTION TO PLAINTIFFS' MOTION TO CONSOLIDATE

The defendant **SALLY HODGDON** objects to the Plaintiffs' Request to File Reply Out of Time to Defendant Attorney Sally Hodgdon's Objection to Plaintiffs' Motion to Consolidate dated April 26, 2005 received by the undersigned on April 28, 2005 for the following reasons:

1. The plaintiffs seek an extension of time to April 28, 2005 to file a reply to the defendant, Sally Hodgdon's Objection to Plaintiffs' Motion to Consolidate; and

- 2 -

2. The plaintiffs have failed to file a reply to the defendant, Sally Hodgdon's Objection to Plaintiffs' Motion for Consolidation on April 28, 2005 and therefore the Motion for Extension of Time is moot.

```
                              THE DEFENDANT
                              SALLY HODGDON




                              BY_____
                                 Edward Maum Sheehy
                                 WILLIAMS, COONEY & SHEEHY, LLP
                                 799 Silver Lane
                                 Trumbull, CT  06611-0753
                                 Tel. (203) 380-1741
                                 Fed. Bar #ct 04212
```

**ORDER**

_____So Ordered:


_____U.S. DISTRICT COURT JUDGE

- 3 -

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
P.O. Box 501
Lahaska, PA  18931

Hadley MacPherson (Egan) Pro Se
2015 Mackenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
P.O. Box 501
Lahaska, PA  18931

Loyal B. Egan
2015 Mackenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
P.O. Box 501
Lahaska, PA  18931

Rachel J. Egan
2015 Mackenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

                                Edward Maum Sheehy