**FILED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

2005 MAY A 9:54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | MAY 10, 2005 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| plaintiffs | |
| | |
| VS. | LETTER TO THE COURT |
| | REGARDING MEMORANDUMS |
| ATTORNEY SALLY HODGDON | OF LAW IN SUPPORT OF |
| and | PLAINTIFFS OBJECTION AND |
| THE COMMUNITIES' LAW CENTER | REPLY TO DEFENDANT |
| and | ATTORNEY SALLY HODGDONS |
| SISTERS OF SAINT (ST.) JOSEPH | MOTION TO STRIKE AND |
| and | MOTION TO CONSOLIDATE |

**ATTORNEY JANE KINNEY - KNOTEK**

and

**ATTORNEY SUE ANN SHAY**

and

**SISTERS OF MERCY**

and

**SISTER OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

defendants

# LETTER TO THE COURT REGARDING MEMORANDUMS OF LAW IN SUPPORT OF PLAINTIFFS' OBJECTION AND REPLY TO DEFENDANT ATTORNEY SALLY HODGDON'S MOTION TO STRIKE AND OBJECTION TO CONSOLIDATION

The plaintiffs filed their Objection to the defendant, Attorney Sally Hodgdon's Motion to Strike, and Reply to the defendant, Attorney Sally Hodgdon's Objection to Consolidation, on Monday, May 2, 2005.

The plaintiffs had been granted a two day extension of time to file their Objection and Reply to the defendant, Attorney Sally Hodgdon's Motion to Strike and Objection to Consolidation.

That two day extension of time fell on a Saturday, that being Saturday, April 30, 2005, wherefore, the plaintiffs documents were filed on the next available Court day, which was the Monday of May 2, 2005.

The accompanying Memorandums of Law and Affidavits however have been delayed in coming by an obligation that the plaintiff had to meet in Appellate Court at the same time.

The plaintiffs Appellate Brief and accompanying Appendix were due in Appellate Court on Friday, May 6, 2005.

The Appeal filed, known as AC 25859 involves the defendant, Paul Egan, as well as other parties in these two suits known as 3:01CV01555 and 3:02CV1309 here in Federal Court.

1

The plaintiff thought she would be able to finish both the obligations in this Federal Court and in Appellate Court simultaneously, but coupled with the time and fatigue incurred by the trip to Philadelphia the week before, the plaintiff was not able to finish and file her Memorandums of Law before having to switch and complete her Appellate Brief in time for the statutory deadline of May 6, 2005 imposed by the Appellate Court.

The plaintiff filed her Appellate Brief in the case of AC 25859 on Friday, May 6, 2005.

A copy of that Appellate Brief is attached to this Letter to the Court as an Exhibit, as proof of the above statements, and as proof of the plaintiffs having justifiably asked for the time she was previously afforded in these two cases when she was burdened with the simultaneous filing deadlines.

The plaintiffs have not attached a copy of the Appendix to that Appellate Brief, as that Appendix was 221 pages long, and its contents are not needed for the purposes of this Letter.

The plaintiffs intends to overnight Fedex her Memorandums of Law, accompanying Exhibits, and Affidavits on Thursday, May 12, 2005, which items should then arrive in District Court on Friday, May 13, 2005.

The plaintiffs apologize to the Court and the opposing counsel for the delay.

The plaintiffs noticed that there was an occasion when Attorney Edward Sheehy filed his own Memorandum of Law two weeks after he filed the Objection he was supporting with that Memorandum of Law, and so do not believe they are doing anything improper in delaying.

On February 7, 2003, the defendant, Attorney Sally Hodgdon, filed an Objection to the plaintiffs Request to Amend their Complaint, which request was asking to be able to add The Communities' Law Center as defendant.

2

There was no case law cited in the defendant, Attorney Sally Hodgdon's Objection to the plaintiffs Request to Amend, and no accompanying Memorandum of Law filed in support of that Objection at that time.

Two weeks later, on February 25, 2003, the defendant, Attorney Sally Hodgdon filed her Memorandum of Law in Support of the Objection filed on February 7, 2003, to the plaintiffs' Request to Amend, a Memorandum of Law which cited the case law in support of the defendant, Attorney Sally Hodgdon's position on whether or not the plaintiffs should be able to add The Communities' Law Center as a defendant.

At the Chambers Status Conference held on April 10, 2003, Attorney Edward Sheehy's argument, as set forth and contained in the defendant, Attorney Sally Hodgdon' Memorandum of Law filed on February 25, 2005, was made reference to by the Court when the issue of whether or not to bar the plaintiffs from adding The Communities' Law Center as a defendant was being argued and decided at that Status Conference.

The defendant, Attorney Sally Hodgdon, prevailed at the Chambers Status Conference on April 10, 2003, in preventing the plaintiffs from be able to add The Communities' Law Center as a party defendant, and prevailed by use of a legal argument.

Therefore, the defendant, Attorney Sally Hodgdon, prevailed by use of the legal argument set forth in her Memorandum of Law filed <u>two weeks after</u> the Objection it was supporting was filed.

The plaintiffs therefore are under the belief that filing their Memorandum of Law a week a half later in this present instance, is not violating any rule, and that they are not in fact late in filing their Memorandums of Law at this point.

If the plaintiffs are wrong in their assessment, and are violating a rule in attempting to file their Memorandums of Law at this time, they apologize to the Court and the parties involved.

3

                                        Respectfully Submitted,

_____            _____
Rachel Egan                                         Hadley Macpherson
                                                        2015 McKenzie Creek Drive
_____            Charlotte, NC  28270
Loyal Egan                                            (704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day of May 10, 2005, to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendant Attorney Sally Hodgdon and The Communities' Law Center, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the Sisters of Saint (St.) Josesph and the Sisters of Mercy.


*Rachel Egan*
Rachel Egan

*Loyal Egan*
Loyal Egan

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC   28270
(704) 675 - 5252