UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | : : : : | |
| Plaintiffs, | : : | NO:   **3:01CV01555 (SRU)** |
| VS. | : : | |
| ATTORNEY SALLY HODGDON, ET AL, | : : | |
| Defendants. | : : | MAY 18, 2005 |

**CONSOLIDATED MOTIONS TO DISMISS, TO STRIKE
AND FOR MORE DEFINITE STATEMENT OF
DEFENDANTS SISTERS OF ST. JOSEPH AND SISTERS OF MERCY**

**A.  Motion To Dismiss (Rule 12(b)(6), Federal Rules of Civil Procedure)**

The undersigned defendants, by counsel, move the Court, pursuant Rule 12(b)(6) to dismiss this action as to them for the reason that it fails to state a claim upon which relief may be granted.  This action is by two former clients of the defendant Hodgdon and their mother.  These defendants were recently added into this action by plaintiffs' "Consolidated Amended Complaint" filed March 15, 2004.  The original action was filed on August 16, 2001, some almost three years prior to the filing of the Amended Consolidated Complaint, which complaint is the first time that the undersigned defendants have been served.  (Apparently these defendants

**ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED**

were named in an Amended Complaint filed on May 14, 2004, Docket #67, but never served. *See*, Docket #83, Order, 02/17/2005.)

As alleged in the Amended Consolidated Complaint, the relevant individual upon whose activities this action is premised is Attorney Sally Hodgdon, who is alleged to have practiced law at The Communities' Law Center.  The Communities' Law Center is in fact a Connecticut non-stock corporation.  *See,* business inquiry response attached.  The plaintiffs allege that The Communities' Law Center was "founded and owned by the Sisters of , Sisters of Mercy, Sisters of Notre Dame, and Daughters of the Holy Spirit."  Amended Consolidate Complaint, paragraph 82.

Throughout the 1,544 substantive paragraphs of the Amended Consolidated Complaint the plaintiffs allege their version of a series of events which they allege establish viable causes of action against the defendants.  It is clear that nowhere in those 1,544 paragraphs is there a single allegation of any conduct by the Sisters of Mercy or the Sisters of St. Joseph other than as alleged in paragraph 82 as quoted above.  Nowhere in the 1,544 paragraphs is there a single allegation of any relationship between the plaintiffs and the Sisters of Mercy or the Sisters of St. Joseph.  Rather, their sole alleged involvement in this alleged series of events is as the alleged founder and owner of The Communities Law Center, Incorporated, the entity for which it is alleged that Attorney Hodgdon worked at the time of the subject events.

On the allegations, these defendants are no more than members of a non-stock corporation and not liable to third parties for the acts of the corporation or its employees. Conn. Gen. Statutes Section 33-1058. Moreover, these defendants owed no duties to the plaintiffs and thus cannot be said to have breached any. Accordingly, the Amended Consolidated Complaint fails to state a claim upon which relief may be granted.

### B. Motion To Strike (Rule 12(f), Federal Rules of Civil Procedure)

The undersigned defendants, by counsel move that the Court strike them as parties to this action for the reason that they were improperly added. This Court, at a status conference on April 19, 2003 denied plaintiffs' motion to add parties to the action as it then was pending. The Court's ruling on that date permitted only an amendment as of right as to the them sole party in the action, Attorney Sally Hodgdon. Thus, the Amended Consolidated Complaint which names the undersigned defendants was not properly filed and should be stricken.

### C. Motion For More Definite Statement (Rule 12(e), Federal Rules of Civil Procedure)

In the event that neither the Motion To Dismiss nor the Motion To Strike are granted, these defendants move the Court to order that the plaintiffs set out in the Amended Consolidated Complaint each specific act and each omission that they claim as to the Sisters of Mercy and each act and each omission that they claim as to the Sisters of St. Joseph upon which they base each of their alleged claims with specificity. The Amended Consolidated Complaint categorizes the conduct of these defendants, as well as the others on many instances, among those

characterizations are claims of fraud. *See, e.g.* paragraphs 169, 252. Fraud must be pleaded with "particularity". Rule 9(b), Federal Rules of Civil Procedure. Other allegations are conspiracy and coercion which also should be pleaded with specificity. While plaintiffs repeatedly allege that the specificity will be provided later in the Amended Consolidated Complaint, there are no allegation anywhere in the 269 pages of allegations that delineate any conduct by these defendants other than that they founded and own The Communities Law Center.

In order for these defendants to plead in a meaningful manner, if they are to remain as parties it is necessary and appropriate that they be required to set out with particularity the conduct on which they base their claims. Accordingly, more definite statements thoroughout the Amended Consolidate Complaint should be ordered.

WHEREFORE, the undersigned defendants pray:

1. that this action be dismissed as to them;
2. that they be stricken from this action; or,
3. if the action is not dismisses and they are not stricken that the plaintiffs be ordered to amend their Amended Consolidated Complaint to state the alleged conduct of these defendants with specificity and particularity.

**DEFENDANTS SISTERS OF MERCY
AND SISTERS OF ST. JOSEPH**


**By**   /s/ Louis B. Blumenfeld
      Louis B. Blumenfeld
      Cooney, Scully and Dowling
      Hartford Square North
      Ten Columbus Boulevard
      Hartford, Connecticut 06106
      Phone: 860-527-1141
      Fax:    860-247-5215
      E-mail: lbb@csd-law.com
      Fed Bar #05636
Their Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on May 18, 2005, as follows:

>Hadley Macpherson
>Rachel J. Egan
>Loyal B. Egan
>2015 McKenzie Creek Drive
>Charlotte, NC 28270
>
>Edward M. Sheehy, Esq.
>Suzannah Kim Nigro, Esq.
>Williams, Cooney & Sheehy
>799 Silver Lane
>Trumbull, CT 06611-0753
>
>Elizabeth K. Andrews
>Tyler, Cooper & Alcorn - NH
>205 Church St., Po Box 1936
>New Haven, CT 06509-1910
>203-784-8200
>Email: Andrews@tylercooper.com

>>/s/ Louis B. Blumenfeld
>>Louis B. Blumenfeld

#200395