# business inquiry

**BUSINESS DETAILS:**

| | | |
|---|---|---|
| **Business Name:** | **Business ID:** | **Business Address:** |
| THE COMMUNITIES' LAW CENTER, INCORPORATED | 0511499 | 27 PARK ROAD WEST HARTFORD, CT 06119 |
| **Mailing Address:** | **Citizenship/State Inc:** | **Last Report Year:** |
| 27 PARK RD. WEST HARTFORD, CT 06119-1852 | Domestic/CT | 2004 |
| **Business Type:** | **Business Status:** | **Date Inc./Register:** |
| Non-Stock | Active | Apr 07, 1995 |

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| SALLY M. HODGDON, CSJ PRESIDENT | 27 PARK ROAD WEST HARTFORD, CT 06119-1852 | 40 CLIFFORD ST HARTFORD, CT 06115-1717 |
| SUSAN CARLIN, RSM SECRETARY | 249 STEELE ROAD WEST HARTFORD, CT | 21 PRESCOTT ST. WEST HARTFORD, CT 06110 |
| JACQUELINE ROBILLARD, DHS TREASURER | 72 CHURCH ST PUTNAM, CT 06260 | 50 PEQUONNOCK ST BRIDGEPORT, CT 06604-3550 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| MARGARET MORIARTY | 80 JEFFERSON ST. HARTFORD, CT 06106 | 90 BEVERLY RD WEST HARTFORD, CT 06117 |

» View Name History    » View Filing History    » View Shares

[ Cancel ]