UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

HADLEY MACPHERSON, ET AL        : No. 3:01CV-1555 (SRU)
                                : 915 Lafayette Boulevard
    vs.                         : Bridgeport, Connecticut
                                :
                                : April 9, 2003
SALLY HODGEDON, ET AL           :

- - - - - - - - - - - - - - - x

STATUS CONFERENCE

B E F O R E:

   THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.


A P P E A R A N C E S:

   FOR THE PLAINTIFF:

          HADLEY MACPHERSON, Pro Se
          RACHEL J. EGAN, Pro Se
          LOYAL B. EGAN, Pro Se
          P. O. Box 501
          Lahaska, Pennsylvania  18931


   FOR THE DEFENDANT:

          WILLIAMS, COONEY & SHEEHY
             799 Silver Lane
             Trumbull, Connecticut  06611
          BY: EDWARD M. SHEEHY, ESQ.


              Susan E. Catucci, RMR
              Official Court Reporter
              915 Lafayette Boulevard
           Bridgeport, Connecticut  06604
                Tel: (203) 246-6385

```
 1            (Whereupon the following session was held in
 2   chambers.)
 3                     (3:00 O'CLOCK, P. M.)
 4            THE COURT:  Why don't we start just by my
 5   indicating that we're in chambers for a status conference
 6   in the case of Egan and others against Sally Hodgedon.
 7   Why don't we get who's here.
 8            MS. MACPHERSON:  Hadley Macpherson.
 9            MR. EGAN:  Loyal Egan.
10            MS. EGAN:  Rachel Egan.
11            MR. SHEEHY:  And Edward Sheehy, counsel for
12   Attorney Sally Hodgedon.
13            THE COURT:  Okay, thank you.  All right, I want
14   to today take up the three motions that are pending in the
15   case and talk generally about how the case ought to
16   proceed and generally about, when I have a conference like
17   this, I like to talk about three things.  One is the
18   pleadings, another is discovery, and the third is
19   settlement, and so probably touch on all three of those
20   things.  And I want the plaintiffs to feel free to speak
21   up whenever we're doing something that you don't
22   understand or want further explanation of.  Part of the
23   purpose of doing this today is to make sure that you
24   understand what's going on and how you want to proceed in
25   the case.
```

```
 1              MS. MACPHERSON:  Okay.
 2              THE COURT:  -- making those changes other than
 3    adding a party.
 4              MS. MACPHERSON:  Okay, and the supplement, can
 5    it be part, can I have an amended and supplemented
 6    complaint as one document or do you want the two
 7    documents, my request to supplement?  It was one
 8    representation continuous that she had past August 16.
 9              THE COURT:  What you need to do is file whatever
10    complaint it is you want against Sally Hodgedon.
11              MS. MACPHERSON:  But I'm barred after August 16
12    of mentioning anything unless I do it in a supplement?
13              THE COURT:  Well, call it an amended complaint.
14    Put in whatever you want to put in, and if there is some
15    problem with it, I'm sure we'll get a Motion to Dismiss
16    the Amended Complaint, but you ought to put in whatever
17    claims you want.
18              MS. MACPHERSON:  Can I label it Amended and
19    Supplemental?
20              THE COURT:  If you want to, sure.  Amended is
21    fine, amended is -- that's all you need to say, but if you
22    want to say amended and supplemental, that's fine too.
23              MS. MACPHERSON:  Because the other problem is
24    the original complaint alleges certain actions and does
25    not allege the actions that took place after August 16
```

```
 1            MS. MACPHERSON:  A new Request to Amend?
 2            THE COURT:  No, you don't need to do a request.
 3            MS. MACPHERSON:  Because he didn't answer.
 4            THE COURT:  You have the right to file.  Just
 5   file, put together whatever your complaints are against
 6   Sally Hodgedon, not against her law firm, put them in a
 7   document called an Amended Complaint, file it, send him a
 8   copy.
 9            MS. MACPHERSON:  Okay.
10            THE COURT:  Okay?
11            MR. SHEEHY:  Can you emphasize, Your Honor, that
12   I get a copy of any pleadings that are filed with the
13   court?
14            THE COURT:  Sure.
15            MS. MACPHERSON:  Of course.
16            MR. SHEEHY:  Well, we have a list here of
17   instances where I haven't received any of these pleadings.
18            MS. MACPHERSON:  That's --
19            THE COURT:  Whatever.  Everybody, as of today
20   everybody knows anything that comes to me or to the court
21   has to go to your opponent so -- that should be done and
22   that's what the certification page is for.
23            MS. MACPHERSON:  Of course.
24            THE COURT:  For certifying that that's what's
25   happened, and typically if you haven't properly filled
```

C E R T I F I C A T E

I, Susan E. Catucci, RMR, Official Court Reporter for the United States District Court for the District of Connecticut, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

_____
Susan E. Catucci, RMR
Official Court Reporter
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Tel: (203) 246-6385