UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 3:01CV01555 (SRU) |
| | ) |
| | ) |
| SALLY HODGEDON, ET AL. | ) |
| | ) MAY 25, 2005 |

**DAUGHTERS OF THE HOLY SPIRIT'S AND SISTERS OF NOTRE DAME'S
MOTION TO JOIN CONSOLIDATED MOTIONS TO DISMISS,
TO STRIKE AND FOR MORE DEFINITE STATEMENT
FILED BY DEFENDANTS SISTERS OF ST. JOSEPH AND SISTERS OF MERCY**

The defendants, Daughters of the Holy Spirit and Sisters of Notre Dame de Namur (together the "Defendants"), hereby move to join defendants Sisters of St. Joseph's and Sisters of Mercy's Consolidated Motions to Dismiss, to Strike and for More Definite Statement, dated May 18, 2005.

These Defendants represent that they are also members of the non-stock corporation known as The Communities Law Center, also a defendant in this action. However, as is the case with the Sisters of St. Joseph and Sisters of Mercy, no where in plaintiffs' 1,544 paragraph Amended Complaint do they articulate any viable theory of liability against the Sisters of Notre Dame or the Daughters of the Holy Spirit. Instead, their allegations are premised solely on these

***ORAL ARGUMENT REQUESTED***

Defendants' status as members of The Communities Law Center. As such, these Defendants cannot be held liable to third parties, nor do they owe any duty to plaintiffs, and cannot therefore, be said to have breached it.

For these reasons, as well as those articulated in co-defendants' Motion and supporting Memorandum of Law, the Daughters of the Holy Spirit and Sisters of Notre Dame de Namur respectfully request that the Court dismiss this action as to these Defendants, strike these Defendants from this action, or, if the action is not dismissed, or these Defendants are not stricken from this action, that plaintiffs be ordered to amend their Amended Consolidated Complaint to state the alleged conduct of these Defendants with specificity and particularity.

Respectfully Submitted,

THE DEFENDANTS,

DAUGHTERS OF THE HOLY SPIRIT AND
SISTERS OF NOTRE DAME DE NAMUR

By: _____
Elizabeth K. Andrews ct20986
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Tel.: (203) 784-8200; Fax: (203) 865-7865
eandrews@tylercooper.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on May 25, 2005 to:

Plaintiffs:
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Counsel for Sally Hodgdon:
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

Counsel for Sisters of Mercy and Sisters of St. Joseph:
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews