UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
...................................
                                   :
RACHEL EGAN, LOYAL EGAN             :
and HADLEY MACPHERSON EGAN          :
                                   :
     PLAINTIFFS                    :    NO.     3:01CVO1555 SRU
                                   :
VS.                                :    DATE:   MAY 27, 2005
                                   :
                                   :
SALLY HODGDON                      :
                                   :
     DEFENDANT                     :
...................................:
```

**MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

The defendant, The Communities' Law Center, respectfully request the Court to grant it an extension of time to file a responsive pleading to the plaintiffs' Consolidated Amended Complaint for 30 days to June 29, 2005 or to 21 days after the Court rules on the defendant, Sally Hodgdon's Motion to Strike dated April 4, 2005 to strike the Consolidated Amended Complaint and on the Objection of the Defendant Sally Hodgdon dated April 5, 2005 to the plaintiff's Motion for Consolidation for the following reasons:

  1.  The plaintiffs filed the original complaint in the above entitled action on August 16, 2001;

- 2 -

2. The plaintiffs filed an Amended Complaint on May 14, 2004;

3. The plaintiffs have now filed a Consolidated Amended Complaint on March 15, 2005 consisting of 271 pages and 1,545 paragraphs wherein the plaintiffs seek to add three additional defendants-The Communities' Law Center, Attorney Sue Ann Shay and Attorney Jane Kinney-Knotek. In addition, the plaintiffs allege claims for conspiracy and breach of fiduciary duty none of which were alleged in the prior complaints;

4. The defendant, Sally Hodgdon, has filed a Motion to Strike the Consolidated Amended Complaint dated April 4, 2005 which is presently pending before the Court;

5. The defendant, Sally Hodgdon, has filed an Objection to the Plaintiffs' Motion for Consolidation to consolidate the cases of <u>Hadley MacPherson Egan, Rachel Egan and Loyal Egan v. Attorney Sally Hodgdon</u>, Docket No. 3:01CV01555 SRU and <u>Hadley MacPherson (Egan), Rachel Egan and Loyal Egan v. Attorney John Berman, et al</u>, Docket No. 3:02CV1309 SRU dated April 5, 2005 which is presently

- 3 -

pending before the Court;

    6.   Until the Court rules on the defendant, Sally Hodgdon's Motion to Strike and the defendant, Sally Hodgdon's Objection to Motion to Consolidate, a responsive pleading to the Consolidated Amended Complaint would be premature.

The undersigned attempted to contact Hadley MacPherson by telephone on May 26, 2005 but was unsuccessful and left a telephone message with Hadley MacPherson on May 27, 2005 to obtain her position in regard to the Motion for Extension of Time and has not heard from her.

There has been one prior Motion for Extension of Time with respect to filing a responsive pleading to the Consolidated Amended Complaint filed on April 29, 2005 (#108) by the defendant The Communities Law Center which the Court granted on May 2, 2005 #111).

```
                              THE DEFENDANT
                              THE COMMUNITIES' LAW CENTER

                              BY_____
                                 Edward Maum Sheehy
                                 WILLIAMS, COONEY & SHEEHY, LLP
                                 799 Silver Lane
                                 Trumbull, CT  06611-0753
                                 Tel. (203) 380-1741
                                 Fed. Bar #ct 04212
```

- 4 -

**ORDER**

_____So Ordered:

_____
                                         U.S. DISTRICT COURT JUDGE

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

**Hadley MacPherson (Egan) Pro Se**
**2015 McKenzie Creek Drive**
**Charlotte, NC  28270**

**Loyal B. Egan**
**2015 McKenzie Creek Drive**
**Charlotte, NC  28270**

**Rachel J. Egan**
**2015 McKenzie Creek Drive**
**Charlotte, NC  28270**

**Louis B. Blumenfield, Esq.**
**Cooney, Scully & Dowling**
**Ten Columbus Boulevard**
**Hartford, CT  06106**

**Elizabeth K. Andrews, Esq.**
**Tyler Cooper & Alcorn, LLP**
**205 Church Street**
**P.O. Box 1936**
**New Haven, CT  06509-1910**

_____
Edward Maum Sheehy