UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUN -7 P 2: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | |
| and | JUNE 6, 2005 |
| LOYAL EGAN | |
| PLAINTIFFS | |
| | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | MOTION FOR |
| and | ENLARGEMENT OF |
| THE COMMUNITIES' LAW CENTER | TIME TO RESPOND |
| and | |
| SISTERS OF SAINT (ST.) JOSEPH | |
| and | JURY DEMANDED |

**ATTORNEYJANE KINNEY - KNOTEK**

and

**ATTORNEY SUE ANN SHAY**

and

**SISTERS OF MERCY**

and

**SISTER OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

DEFENDANTS

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The plaintiff, Hadley Macpherson, respectfully requests an enlargement of time to respond to all defendant motions currently pending before this Court in the case of 3:01cv01555.

The plaintiff, Hadley Macpherson, was hospitalized for seven days from the time period between Friday, May 20, 2005 through Thursday, June 2, 2005.

During that time, the plaintiff, Hadley Macpherson, underwent a spinal tap (lumbar puncture), which procedure left the plaintiffs spinal chord with a puncture wound that then unfortunately failed to heal and close.

That failure resulted in the plaintiff leaking spinal fluid, which then required the plaintiff to undergo another spinal procedure to stop the leakage of fluid.

The second procedure failed again to remedy the situation, and the plaintiff underwent another spinal procedure in an effort to once more stop the leakage of spinal fluid.

Due to the above, the plaintiff has laid flat on her back for almost two weeks, having been forbidden to sit up, walk, or participate in any movement during that time, as any movement could cause the spinal chord to fail to close.

As a result, the plaintiff has been incapacitated due to the condition itself, the pain, and medication, and the plaintiff is still incapacitated as of this day of Monday, June 6, 2005.

While the plaintiff had still hoped as of earlier this day, that she would be able to begin work tomorrow and meet the deadlines imposed, the plaintiff now knows that is not possible.

The plaintiff has just learned this night, that she will have to return to the hospital tomorrow morning, as it appears that an infection of the spinal chord has developed, or that some residual

damage has been incurred which requires immediate attention.

Moreover, if there is an actual infection of the spine, the plaintiff will be immediately hospitalized for several weeks and placed on intraveneous antibiotics in an attempt to stop the infection from causing permanent paralysis

The plaintiffs did not have the opportunity to contact the attorneys for the defendants in this case before filing for this request for an enlargement of time, as the plaintiffs needed to Fedex this out this night from North Carolina, in order to have this request reach the District Court by before the deadline for responses had passed.

Further, should the plaintiff remain hospitalized after tomorrow, the plaintiff would have no ability or opportunity to file for this enlargement of time.

The plaintiff is asking for an enlargement of time of two weeks, or any amount of time the court is willing to afford, so that the plaintiff, Hadley Macpherson can recover physically, lay flat for the time required to prevent damage, make up for the time lost, and hopefully heal.

Without an enlargement of time the plaintiff risks permanent spinal injury.

**Wherefore**, the plaintiffs request an enlargement of time of at least two weeks to respond to all defendants Motions, or any amount of time deemed fair under the circumstances to prevent manifest injustice.

Respectfully Submitted,

_Rachel Egan_
Rachel Egan

_Hadley Macpherson_
Hadley Macpherson

_Loyal Egan_
Loyal Egan

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day of June 6, 2005, to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendant Attorney Sally Hodgdon and The Communities' Law Center, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the Sisters of Saint (St.) Josesph and the Sisters of Mercy.

_Rachel Egan_
Rachel Egan

_Loyal Egan_
Loyal Egan

Plaintiff Pro Se

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252