```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

..................................
                                  :
RACHEL EGAN, LOYAL EGAN            :
and HADLEY MACPHERSON EGAN         :
                                  :
        PLAINTIFFS                 :    NO.      3:01CVO1555 SRU
                                  :
                                  :
VS.                                :    DATE:    JUNE 10, 2005
                                  :
                                  :
SALLY HODGDON                      :
                                  :
        DEFENDANT                  :
..................................:
```

**OBJECTION OF THE DEFENDANT, ATTORNEY SALLY HODGDON
AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS' MOTION
FOR ENLARGEMENT OF TIME TO RESPOND DATED JUNE 6, 2005**

The defendants **ATTORNEY SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER** object to the Plaintiffs' Motion for Enlargement of Time dated June 6, 2005 received by the undersigned on June 8, 2005 for the following reasons:

1. The plaintiffs filed the original complaint in the above entitled action on August 16, 2001;

2. The plaintiffs filed numerous Motions for Extension of Time to File an Amended Complaint;

3. The plaintiffs filed an Amended Complaint on May 14,

- 2 -

2004;

4. The plaintiffs filed a Consolidated Amended Complaint on March 15, 2005 consisting of 271 pages and 1,545 paragraphs wherein the plaintiffs seek to add three additional defendants, The Communities' Law Center, Attorney Sue Ann Shay and Attorney Jane Kinney-Knotek. In addition, the plaintiffs allege claims of conspiracy and breach of fiduciary duty none of which were alleged in the prior complaints;

5. The defendant, Sally Hodgdon, has filed a Motion to Strike the Consolidated Amended Complaint dated April 4, 2005 which is presently pending before the Court;

6. The defendant, Sally Hodgdon, has filed an Objection to the Plaintiffs' Motion for Consolidation to consolidate the cases of <u>Hadley MacPherson Egan, Rachel Egan and Loyal Egan v. Attorney Sally Hodgdon</u>, Docket No. 3:01CV01555SRU and <u>Hadley MacPherson Egan, Rachel Egan and Loyal Egan v. Attorney John Berman, et al</u>, Docket No. 3:02CV1309SRU dated April 5, 2005 which is presently pending before the Court;

- 3 -

7. The plaintiffs filed a Letter to Court Regarding Memorandum of Law in Support of the Plaintiffs' Objection and Reply to Defendant Sally Hodgdon's Motion to Strike and Motion to Consolidate dated May 10, 2005;

8. The plaintiffs in the May 10, 2005 Letter to Court, state on page 2:

> The plaintiffs intend to overnight FedEx her Memorandums of Law, accompanying Exhibits, and Affidavits on Thursday, May 12, 2005 which items should then arrive in District Court on Friday, May 13, 2005.

9. In the plaintiffs' Letter to Court dated May 10, 2005, the plaintiffs were to overnight Federal Express Memoranda of Law, Exhibits and Affidavits on May 12, 2005 which was eight days prior to the plaintiff Hadley MacPherson's hospitalization on May 20, 2005 as represented in the plaintiffs' Motion for Enlargement of Time.

10. The undersigned did not receive copies of the Memoranda of Law, Exhibits, and Affidavits referred to in the May

- 4 -

10, 2005 Letter to Court on May 13, 2005 nor has the undersigned received such documents as of June 10, 2005.

11. The plaintiffs in the Motion for Enlargement of Time dated June 6, 2005 request the Court to grant them an "enlargement of time of two weeks or any amount of time the Court is willing to afford."

12. The plaintiffs have failed to honor their representations in their May 10, 2005 Letter to Court that the Memorandums of Law, Exhibits and Affidavits would have been mailed on May 12, 2005 and accordingly, the plaintiffs' Motion for Enlargement of Time should be denied.

```
                              THE DEFENDANTS
                              SALLY HODGDON AND
                              THE COMMUNITIES' LAW CENTER



                              BY_____
                                  Edward Maum Sheehy
                                  WILLIAMS, COONEY & SHEEHY, LLP
                                  799 Silver Lane
                                  Trumbull, CT  06611-0753
                                  Tel. (203) 380-1741
                                  Fed. Bar #ct 04212
```

- 5 -

**ORDER**

_____ So Ordered:



_____U.S. DISTRICT COURT JUDGE



**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:


Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

                                   _____
                                   Edward Maum Sheehy