UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 3:01CV01555 (SRU) |
| | ) |
| SALLY HODGEDON, ET AL. | ) |
| | ) AUGUST 2, 2005 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, Daughters of the Holy Spirit and Sisters of Notre Dame de Namur (together the "Defendants"), hereby move for an extension of time to respond to Plaintiffs' Consolidated Amended Complaint dated March 15, 2005. The Defendants respectfully request that the Court grant an extension of thirty days from the Court's ruling on Defendants' Motion to Dismiss, Motion for More Definite Statement, Motion to Strike (the "Defendants' Motion"), filed May 26, 2005, and currently pending before the Court.

The Defendants represent that good cause exists for the granting of this extension for the following reasons:

1. Plaintiffs filed their original Complaint in this case on August 16, 2001;

2. On May 14, 2004, Plaintiffs filed an Amended Complaint;

3. On March 15, 2005, Plaintiffs filed a Consolidated Amended Complaint

*ORAL ARGUMENT NOT REQUESTED*

consisting of 271 pages and over 1,500 paragraphs of allegations;

4. On May 19, 2005, the defendants Sisters of Mercy and Sisters of St. Joseph filed a Motion to Dismiss, Motion for More Definite Statement, Motion to Strike (again, the "Defendants' Motion"). On May 26, 2005 the defendants Sisters of Notre Dame or the Daughters of the Holy Spirit moved to join the Motion, which was granted on May 27, 2005.

5. The basis for the Defendants' Motion is, in part, that no where in Plaintiffs' Consolidated Amended Complaint do they articulate any viable theory of liability against the defendants Sisters of Notre Dame or the Daughters of the Holy Spirit. Instead, their allegations are premised solely on these Defendants' status as members of the defendant The Communities Law Center. As such, these Defendants cannot be held liable to third parties, nor do they owe any duty to plaintiffs, and cannot therefore, be said to have breached it. The Defendants' Motion is currently pending before this Court.[1]

6. Good cause exists for the granting of this Motion because until the Court rules on the Defendants' Motion, a responsive pleading to Plaintiffs' Consolidated Amended Complaint would be premature.

The undersigned attempted to contact Hadley MacPherson by telephone on August 1, 2005, but was unsuccessful and left a telephone message seeking Ms. MacPherson's position on this Motion. Counsel has not heard back from Ms. MacPherson.

This is the Defendants' second motion for extension of time filed with respect to a responsive pleading to Plaintiffs' Consolidated Amended Complaint filed on April 26, 2005 (#103), and granted by the Court on (#104).

---

[1] Additionally, co-defendant Sally Hodgdon has a Motion to Strike and an Objection to Plaintiffs' (second) Motion to Consolidate currently pending before the Court.

2

Respectfully Submitted,

THE DEFENDANTS,

DAUGHTERS OF THE HOLY SPIRIT AND SISTERS OF NOTRE DAME DE NAMUR

By: _____
Elizabeth K. Andrews ct20986
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Tel.: (203) 784-8200; Fax: (203) 865-7865
eandrews@tylercooper.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on August 2, 2005 to:

Plaintiffs:
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Counsel for Sally Hodgdon:
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

Counsel for Sisters of Mercy and Sisters of St. Joseph:
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews