UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN), RACHEL EGAN, and LOYAL EGAN,<br>    Plaintiffs,<br><br>    v.<br><br>SALLY HODGEDON, COMMUNITIES' LAW CENTER, SISTERS OF ST. JOSEPH, SISTERS OF MERCY, DAUGHTERS OF THE HOLY SPIRIT, and SISTERS OF NOTRE DAME,<br>    Defendants. | CIVIL ACTION NO.<br>3:01cv1555 (SRU) |

**ORDER**

On May 19, 2005 the Sisters of St. Joseph and Sisters of Mercy filed a consolidated motion to dismiss, motion to strike, and motion for a more definite statement. On May 26, 2005, the Daughters of the Holy Spirit and the Sisters of Notre Dame filed a motion to join in the consolidated motion, and on May 27, 2005, I granted their motion to join.

The plaintiffs have not yet filed a response to the consolidated motion, but on June 10, 2005, the plaintiffs filed a motion for an extension of time to respond to the consolidated motion.

All of the pending motions in the case are scheduled for oral argument on January 18, 2006.

The plaintiffs' motion for an extension of time to file a response to the consolidated motion (doc. # 120) is GRANTED. I order the plaintiffs to file a response to the consolidated motion (doc. # 115) by January 17, 2006.

It is so ordered.

Dated at Bridgeport, Connecticut, this 6th day of January 2006.

                                          /s/ Stefan R. Underhill
                                              Stefan R. Underhill
                                              United States District Judge