FILED

2006 FEB 13 P 3: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| RACHEL EGAN, LOYAL EGAN<br>and HADLEY MACPHERSON EGAN | : | | |
| PLAINTIFFS | : | NO. | 3:01CV01555 SRU |
| VS. | : | DATE: | FEBRUARY 13, 2006 |
| SALLY HODGDON | : | | |
| DEFENDANT | : | | |

## MOTION TO DISMISS

The defendants, Sally Hodgdon and The Communities' Law Center, respectfully request the Court to enter a Judgment of Dismissal with prejudice for the failure of the plaintiff's to file an Amended Complaint with a maximum of 25 pages on or before February 10, 2006 in accordance with the Order of the Court entered on January 18, 2006 after oral argument.

- 2 -

THE DEFENDANTS
SALLY HODGDON AND
THE COMMUNITIES' LAW CENTER

BY _____
Edward Maum Sheehy
WILLIAMS, COONEY & SHEEHY, LLP
799 Silver Lane
Trumbull, CT  06611-0753
Tel. (203) 380-1741
Fed. Bar #ct 04212

**ORDER**

So Ordered:

_____
U.S. DISTRICT COURT JUDGE

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Edward Maum Sheehy