UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | : : : : | |
| Plaintiffs, | : : | NO:   **3:01CV01555 (SRU)** |
| VS. | : : | |
| ATTORNEY SALLY HODGDON, ET AL, | : : | |
| Defendants. | : : | FEBRUARY 14, 2006 |

## MOTION TO DISMISS
### (Rule 41(b), F.R.Civ.P. & Rule 41(a) U.S.D.C., CT Rules)

The defendants Sisters of St. Joseph and Sisters of Mercy move the Court, pursuant to Rule 41(b), F.R.Civ.P. and Rule 41(a) Connecticut District Court Rules, to dismiss this action for failure to comply with the order of the Court of January 18, 2006 which required the plaintiffs to file and serve an Amended Complaint **by** February 10, 2006.

The Court expressly ordered as to the Amended Complaint:

> And these complaints have to be filed by February 10, 2006. I do not intend to grant any extensions of time. If you expect to have any problem, get them in early. The points about the defendants having some rights here and needing to have this thing come to a resolution are well taken. . . .

Hearing Transcript, 1/18/2006, p. 69 (copy attached).

> It has to be filed, meaning it has to be in court on the 10th and you have to serve it, i.e. mail it the day that you file it.

Hearing Transcript, 1/18/2006, p. 70 (copy attached).

February 10, 2006 has passed and no Amended Complaint has been filed according to the Court Civil Docket. Accordingly, dismissal is in order.

**WHEREFORE,** these defendants pray that the action be dismissed.

**DEFENDANTS SISTERS OF MERCY
AND SISTERS OF ST. JOSEPH**


**By**  /s/ Louis B. Blumenfeld
Louis B. Blumenfeld
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
Phone: 860-527-1141
Fax:    860-247-5215
E-mail: lbb@csd-law.com
Fed Bar #05636

Their Attorney

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on February 14, 2006, as follows:

>Hadley Macpherson
>Rachel J. Egan
>Loyal B. Egan
>2015 McKenzie Creek Drive
>Charlotte, NC 28270
>
>Edward M. Sheehy, Esq.
>Suzannah Kim Nigro, Esq.
>Williams, Cooney & Sheehy
>799 Silver Lane
>Trumbull, CT 06611-0753
>
>Michael G. Caldwell, Esq.
>Tyler, Cooper & Alcorn
>205 Church Street
>New Haven, CT 06510
>
>James A. Wade, Esq.
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT 06103-3597

>>/s/ Louis B. Blumenfeld
>>Louis B. Blumenfeld

#214475