```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - x

EGAN, ET AL                   :  No. 3:01CV-1555 (SRU)
v.                            :  No. 3:02CV-1309 (SRU)
SALLY HODGEDON                :  915 Lafayette Boulevard
        *       *       *     :  Bridgeport, Connecticut
                              :
HADLEY MACPHERSON              :  January 18, 2006
v.                            :
JOHN BERMAN, ET AL            :

- - - - - - - - - - - - - - - x


                       MOTION HEARING

B E F O R E :

    THE HONORABLE STEFAN R. UNDERHILL, U. S. D. J.

A P P E A R A N C E S :


    FOR THE PLAINTIFFS:

        HADLEY MACPHERSON, Pro Se
        RACHEL J. EGAN
        LOYAL B. EGAN
            2015 McKenzie Creek Drive
            Charlotte, North Carolina  28270

    FOR THE DEFENDANTS:

        WILLIAMS, COONEY & SHEEHY (For Sally Hodgedon)
            799 Silver Lane
            Trumbull, Connecticut  06611
        BY:  EDWARD M. SHEEHY, ESQ.

        TYLER, COOPER & ALCORN (For Sisters of Notre Dame)
            205 Church Street
            New Haven, Connecticut 06510
        BY:  MICHAEL G. CALDWELL, ESQ.




                         (Continued)
```

1   MR. BLUMENFELD: Do I understand that despite
2   that, the new one can include them?
3   THE COURT: Right.
4   MR. BLUMENFELD: Okay. Thank you.
5   THE COURT: And these complaints have to be
6   filed by February 10, 2006. I do not intend to grant any
7   extensions of time. If you expect to have any problem,
8   get them in early. The points about the defendants having
9   some rights here and needing to have this thing come to a
10  resolution are well taken and we have to have complaints
11  that work, that make sense, that comply with the rules on
12  file very, very quickly.
13  MR. WADE: Does Your Honor encompass not only
14  the new complaints to be filed but to be served on the
15  parties by the 10th as well?
16  THE COURT: Of course.
17  MS. MACPHERSON: Just to clarify, when you say
18  the defendants in the Berman case, that was John Berman,
19  Attorney John Berman, Berman, Bourns & Currie, Berman
20  Bourns Aaron & Dembo, the same firm just changed its name,
21  they were properly served, all of these parties were
22  properly served last time meaning they were handed in hand
23  the amended complaint. Are you requiring in hand amended
24  complaint service in hand, not through Fed Ex?
25  THE COURT: No, no, if they are here and they

1  are represented by counsel, you just mail a copy to their
2  lawyer.  That's how you serve any pleading.
3        MS. MACPHERSON:  Okay, and then do -- is that up
4  until and including the 10th?
5        THE COURT:  It has to be filed, meaning it has
6  to be in court on the 10th and you have to serve it, i.e.
7  mail it the day that you file it.
8        MS. MACPHERSON:  Yes, thank you.
9        MR. EGAN:  Your Honor, I had no service prior to
10 March 15th.  I don't have any documents prior to the
11 March 15th.  Am I also included along with --
12       THE COURT:  Anybody that was served with the
13 March 15th complaint is here and will be served with the
14 amended complaint.  You then have the right to raise
15 whatever arguments you want, that it doesn't state a
16 claim, et cetera, but let's get it in, let's see what it
17 says and let's do it on the merits.
18       MS. MACPHERSON:  One last question.  Many of the
19 claims against both Attorney Hodgedon and Attorney Berman
20 are fraud issues, which bring up the issue of the
21 particular hearsay because if we're not particular enough
22 in the 25 pages and the action that took place and their
23 actions against us encompassed a four year period, that my
24 understanding from Attorney Wade is if we just say he
25 blackmailed me, he did this, he did this, to try to say it