UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 3:01CV01555 (SRU) |
| | ) |
| SALLY HODGEDON, ET AL. | ) |
| | ) FEBRUARY 15, 2006 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to this Court's Order and Ruling from the bench on January 18, 2006, plaintiffs in the above-captioned matter were ordered to file an Amended Complaint, with a maximum page limit of twenty-five pages, on or before February 10, 2006. Plaintiffs have failed and/or refused to comply with this Court's Order. Accordingly, the defendants the Daughters of the Holy Spirit and Sisters of Notre Dame de Namur respectfully request that this Court enter a Judgment of Dismissal, with prejudice.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully Submitted,

THE DEFENDANTS,

DAUGHTERS OF THE HOLY SPIRIT AND SISTERS OF NOTRE DAME DE NAMUR

By: _____
Elizabeth K. Andrews ct20986
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509
Tel.: (203) 784-8200; Fax: (203) 865-7865
eandrews@tylercooper.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on February 15, 2006 to:

<u>Plaintiffs:</u>
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

<u>Counsel for Sally Hodgdon and The Communities Law Center:</u>
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

<u>Counsel for Sisters of Mercy and Sisters of St. Joseph:</u>
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews