# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | FEBRUARY 14, 2006 |
| and | |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS |
| and | MISSING EXHIBIT |
| THE COMMUNITIES' LAW CENTER | POSTAL LABELS |
| and | ATTACHED TO LETTER |
| SISTERS OF SAINT JOSEPH | DATED FEBRUARY 13, 2006 |
| and | FILED EARLIER TODAY |

**SISTERS OF NOTRE DAME**

    and

**SISTER OF MERCY**

    and

**DAUGHTERS OF THE HOLY SPIRIT**

    Defendants

                                     **JURY DEMANDED**










**Click-N-Ship®**

UNITED STATES POSTAL SERVICE®

www.usps.com  0103 8555 7495 2413 8903 0040 5000 0800 6106
$4.05
US POSTAGE
Flat Rate Env

02/10/06   0 lb 8 oz   Mailed from 05611   071V00552024

# USPS PRIORITY MAIL®

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO: ATTORNEY LOUIS BLUMENFELD
COONEY, SCULLY, DOWLING
10 COLUMBUS BLVD
HARTFORD CT 06106-1976

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 06106 9101 0385 5574 9524 1389 03

Electronic Rate Approved #038555749





**USPS PRIORITY MAIL®**

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO: ATTORNEY ELIZABETH ANDREWS
TYLER, COOPER, ALCORN
P. O. BOX 1936
205 CHURCH ST
NEW HAVEN CT 06510-1805

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 06510 9101 0385 5574 9513 6531 41

Electronic Rate Approved #038555749






**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

www.usps.com  0103 8555 7496 6045 3779 0040 5000 0800 6409
$4.05
US POSTAGE
Flat Rate Env

02/10/06   0 lb 8 oz   Mailed from 06611   071V00552024

# USPS PRIORITY MAIL®

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO:
PAUL EGAN
PO BOX 83
CENTERBROOK CT 06409-0083

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 06409 9101 0385 5574 9660 4537 79

Electronic Rate Approved #038555749

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of February 14, 2006 to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252