UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | : | |
| Plaintiffs, | : | NO: **3:01CV01555 (SRU)** |
| VS. | : | |
| ATTORNEY SALLY HODGDON, ET AL, | : | |
| Defendants. | : | FEBRUARY 16, 2006 |

## **OBJECTION TO PLAINTIFFS' MOTION FOR CONSOLIDATION**

The defendants Sisters of St. Joseph and Sisters of Mercy object to the Motion For Consolidation dated and filed February 13, 2006 (although no service copy has yet been received by undersigned counsel). This is the plaintiffs' third attempt (docket #'s 72 and 83 were the first two) to have the cases consolidated and the fourth such motion (#30 was the other). The Court should not entertain these repeated attempts and the motion should be denied.

Specifically, the Court has denied three motions to consolidate the plaintiffs' two pending cases, two by the plaintiff. Defendant Hodgdon filed a motion to consolidate on January 30, 2003 (docket #30) which was denied on April 10, 2003. The plaintiffs filed two prior motions to consolidate. The first was filed on June 24, 2004 (docket #72) and was denied on February 17,

2005 (docket #83). The second was filed a month later on March 16, 2005 (docket #87) and was denied on January 19, 2006 (docket #134), less than a month ago. The Court has made its position clear and the latest motion should meet the same fate as before.

    **WHEREFORE,** these defendants pray that the motion for consolidation be denied.

                              **DEFENDANTS SISTERS OF MERCY**
                              **AND SISTERS OF ST. JOSEPH**

            **By**     s/s Louis B. Blumenfeld
                     Louis B. Blumenfeld
                     Cooney, Scully and Dowling
                     Hartford Square North
                     Ten Columbus Boulevard
                     Hartford, Connecticut 06106
                     Phone: 860-527-1141
                     Fax:    860-247-5215
                     E-mail: lbb@csd-law.com
                     Fed Bar #05636

Their Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on February 16, 2006, as follows:

    Hadley Macpherson
    Rachel J. Egan
    Loyal B. Egan
    2015 McKenzie Creek Drive
    Charlotte, NC 28270

    Edward M. Sheehy, Esq.
    Suzannah Kim Nigro, Esq.
    Williams, Cooney & Sheehy
    799 Silver Lane
    Trumbull, CT 06611-0753

    Michael G. Caldwell, Esq.
    Tyler, Cooper & Alcorn
    205 Church Street
    New Haven, CT 06510

    James A. Wade, Esq.
    Robinson & Cole
    280 Trumbull Street
    Hartford, CT 06103-3597

    s/s Louis B. Blumenfeld
    Louis B. Blumenfeld

#214602