UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON, RACHEL EGAN, AND LOYAL EGAN | |
| Plaintiffs, | NO: **3:01CV01555 (SRU)** |
| VS. | |
| ATTORNEY SALLY HODGDON, ET AL, | |
| Defendants. | FEBRUARY 14, 2006 |

## OBJECTION TO PLAINTIFFS' REQUEST TO ALLOW LATE FILING

The defendants Sisters of St. Joseph and Sisters of Mercy object to the plaintiffs request to be allowed to file her Amended Complaint late. The Court ordered the plaintiffs to file their Amended Complaint no later than February 10, 2006. The plaintiffs did not do so. In ordering the February 10, 2006 filing the Court expressly stated:

> If you expect to have any problem, get them in early. The points about the defendants having some rights here and needing to have this thing come to a resolution are well taken. . . .

Hearing Transcript, 1/18/2006, p. 69 (copy attached). The Court also observed:

> It has to be filed, meaning it has to be in court on the 10th and you have to serve it, i.e. mail it the day that you file it.

Hearing Transcript, 1/18/2006, p. 70 (copy attached).

February 10, 2006 passed and no Amended Complaint was filed. As of the date of this objection the Amended Complaint has neither been filed nor served, although the plaintiffs have filed lengthy motions for consolidation and to file late. The plaintiffs also have appended a caption/cover page to their late-file request, but not the Amended Complaint.

The plaintiff was given a specific and simple deadline. It was not met and no more time should be allowed. The explanation defies logic, especially in light of the Court's express statement that the service copies had only to be mailed.

**WHEREFORE,** these defendants pray that the request to file late be denied.

**DEFENDANTS SISTERS OF MERCY
AND SISTERS OF ST. JOSEPH**

**By**  s/s Louis B. Blumenfeld
Louis B. Blumenfeld
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
Phone: 860-527-1141
Fax:    860-247-5215
E-mail: lbb@csd-law.com
Fed Bar #05636

Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on February 16, 2006, as follows:

    Hadley Macpherson
    Rachel J. Egan
    Loyal B. Egan
    2015 McKenzie Creek Drive
    Charlotte, NC 28270

    Edward M. Sheehy, Esq.
    Suzannah Kim Nigro, Esq.
    Williams, Cooney & Sheehy
    799 Silver Lane
    Trumbull, CT 06611-0753

    Michael G. Caldwell, Esq.
    Tyler, Cooper & Alcorn
    205 Church Street
    New Haven, CT 06510

    James A. Wade, Esq.
    Robinson & Cole
    280 Trumbull Street
    Hartford, CT 06103-3597

                               s/s Louis B. Blumenfeld
                                  Louis B. Blumenfeld

#214600