```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

.....................................
                                     :
RACHEL EGAN, LOYAL EGAN               :
and HADLEY MACPHERSON EGAN            :
                                     :
        PLAINTIFFS                    :    NO.   3:01CV01555 SRU
                                     :
                                     :
VS.                                   :    DATE:  FEBRUARY 17, 2006
                                     :
                                     :
SALLY HODGDON                         :
                                     :
        DEFENDANT                     :
.....................................:
```

**OBJECTION OF THE DEFENDANTS, ATTORNEY SALLY HODGDON
AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS'
LETTER/AFFIDAVIT REQUESTING PERMISSION
TO FILE AMENDED COMPLAINT LATE BUT IS TIMELY**

The defendants **ATTORNEY SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER** hereby object to the Plaintiffs' Letter/Affidavit Requesting Permission to File Amended Complaint Late dated February 13, 2006 for the following reasons:

1. Hadley MacPherson, a pro se plaintiff and counsel for the various defendants in the above entitled action appeared at the United States District Court in Bridgeport on January 18, 2006 to argue all outstanding motions.

- 2 -

2. After oral argument the Court made the following rulings from the bench:

    (a) Granted the defendant Sally Hodgdon's Motion to Strike the March 15, 2005 Consolidated Amended Complaint;

    (b) Granted the defendant Sally Hodgdon's Objection to the Plaintiffs' Motion to Consolidate the cases of Egan v. Hodgdon and Egan v. Berman;

    (c) Denied the plaintiffs' Motion to Extend Time to Serve Attorney Sue Ann Shay and Jane Kinney Knotek in the case of Egan v. Hodgdon;

    (d) Denied the defendants Sisters of Mercy, Sisters of St. Joseph, Daughters of the Holy Spirit and Sisters of Notre Dame's Motion to Dismiss the Consolidated Amended Complaint without prejudice;

    (e) Ordered that the plaintiff Hadley MacPherson refile one complaint in each of the actions of Egan v. Hodgdon and Egan v. Berman not to exceed 25 pages as to each defendant which has already been served and to file the same by February 10, 2006 and serve

- 3 -

a copy on counsel for each party.

3. The Court further ruled as to the Amended Complaint:

The Court: This is what I am going to do. I am going to strike both of the March 15, 2005 complaints. Be they proposed complaints, be they filed complaints, whatever they are, they are stricken. I am going to deny the Motions to Dismiss without prejudice and I am going to deny the Motions to Extend Time to Serve Defendants.

The plaintiff will be permitted to refile--and this is the very, very last time this will happen, we are way past the point of reason here -- one complaint in each of these actions, a maximum of 25 pages setting forth a short and plain statement of the claims against each of the defendants who have already been served in these cases. In other words, in

- 4 -

                    the <u>Hodgdon</u> case, you have Hodgdon, Communities' Law Center, Sisters of St. Joseph, Sisters of Mercy, Sisters of Notre Dame, Sisters of the Holy Spirit, Take your best shot. Lay out your claims against these people and I'll take it up as to whether the claim is barred, whether the claim states a cause of action or whatever, but this is going to be the last complaint....(Exhibit A, Pages 67 and 68)

THE COURT:    ...And these complaints have to be filed by February 10, 2006. I do not intend to grant any extensions of time. If you expect to have any problem, get them in early. The points about the defendants having some rights here and needing to have this thing come to a resolution are well taken and we have to have complaints that work, that make sense, that comply

- 5 -

                with the rules on file very, very quickly.... (Exhibit A, Page 69)

THE COURT:   ...It has to be filed, meaning it has to be in court on the 10th and you have to serve it i.e. mail it the day you file it. (Exhibit A, Page 70)

4. Hadley MacPherson clearly understood the ruling of the court that the Amended Complaint had to be filed by February 10, 2006. Hadley MacPherson stated in her Letter/Affidavit Requesting Permission to File Amended Complaint Late:

    ...The Court gave the plaintiffs up until and including the date of February 10, 2006 to file the newly Amended Complaint and to serve opposing counsel. (pg. 1)

    The Court has stated that if the Amended Complaints were not filed by Friday, February 10, 2006, then this case and the case of 3:02CV1309 would be dismissed. (pg. 9)

- 6 -

5. Hadley MacPherson's reference to the "blizzard" as an excuse for filing the Amended Complaint late is a mere subterfuge since the "blizzard" did not arrive in Connecticut until after 9:00 p.m. on February 11, 2006 the day after the Amended Complaint was to be filed in the United States District Court.

6. As of this date, the undersigned has not received the Amended Complaint.

WHEREFORE, the defendants Attorney Sally Hodgdon and The Communities' Law Center respectfully request the Court to deny the Plaintiffs' Letter/Affidavit Requesting Permission to File Amended Complaint Late.

```
                                        THE DEFENDANTS
                                        SALLY HODGDON AND
                                        THE COMMUNITIES' LAW CENTER



                                    BY_____
                                        Edward Maum Sheehy
                                        WILLIAMS, COONEY & SHEEHY, LLP
                                        799 Silver Lane
                                        Trumbull, CT  06611-0753
                                        Tel. (203) 380-1741
                                        Fed. Bar #ct 04212
```

- 7 -

**ORDER**

_____So Ordered:


_____
                               U.S. DISTRICT COURT JUDGE



_____**CERTIFICATION**

   This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:


Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910



                               _____
                               Edward Maum Sheehy