UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL J. EGAN, ET AL. | ) <br> ) <br> ) <br> ) |
| V. | ) CIVIL ACTION NO: 3:01CV01555 (SRU) <br> ) <br> ) |
| SALLY HODGEDON, ET AL. | ) <br> ) FEBRUARY 21, 2006 |

**OBJECTION TO PLAINTIFFS' LETTER/AFFIDAVIT REQUESTING
PERMISSION TO FILE AMENDED COMPLAINT LATE BUT AS TIMELY**

The defendants the Daughters of the Holy Spirit and Sisters of Notre Dame de Namur object to the Plaintiffs' request to file their Amended Complaint in this action late. On January 18, 2006, this Court ordered Plaintiffs to file their twenty-five page Amended Complaint on or before February 10, 2006. In doing so, the Court specifically instructed Plaintiff, Hadley MacPherson to "get [the document] in early" if she expected any problem with the filing. Hearing Transcript, January 18, 2006 at 69 (hereinafter "Transcript"). The Court reiterated this explicit instruction by stating "[I]t has to be filed, meaning it has to be in court on the 10th and you have to serve it, i.e. mail it the day you file it." Id. at 70.

The February 10th deadline has long passed, yet Plaintiffs have still failed to file or serve an Amended Complaint. Plaintiffs' twelve page explanation as to why they have not filed the Amended Complaint is no substitute, or excuse for failing to file the document itself.

On January 18th, this Court noted that "the defendants hav[e] some rights here and need[ ] to have this thing come to a resolution...." Any further extension of the express and simple deadline for Plaintiffs to file their Amended Complaint will not serve this end.

**WHEREFORE**, the Daughters of the Holy Spirit and Sisters of Notre Dame de Namur RESPECTFULLY REQUEST THAT Plaintiffs' Letter/Affidavit Requesting Permission to File Amended Complaint Late But As Timely be denied.

Respectfully Submitted,

        THE DEFENDANTS,

        DAUGHTERS OF THE HOLY SPIRIT AND SISTERS OF NOTRE DAME DE NAMUR

By: _____
        Elizabeth K. Andrews ct20986
        Tyler Cooper & Alcorn, LLP
        205 Church Street
        Post Office Box 1936
        New Haven, Connecticut 06509
        Tel.: (203) 784-8200; Fax: (203) 865-7865
        eandrews@tylercooper.com

        - Their Attorneys -

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on February 21, 2006 to:

<u>Plaintiffs:</u>
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

<u>Counsel for Sally Hodgdon and The Communities Law Center:</u>
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

<u>Counsel for Sisters of Mercy and Sisters of St. Joseph:</u>
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

_____
Elizabeth K. Andrews