FILED

# UNITED STATES DISTRICT COURT

2006 FEB 23  A 10: 24

## DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | FEBRUARY 22, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| | |
| VS. | PLAINTIFFS' LETTER TO |
| | THE COURT GIVING |
| ATTORNEY SALLY HODGDON | NOTICE OF INTENT TO |
| and | FILE TIMELY "REPLYS" TO |
| THE COMMUNITIES' LAW CENTER | DEFENDANTS "OBJECTIONS" |
| and | AND TIMELY "OBJECTIONS" |
| SISTERS OF SAINT JOSEPH | TO DEFENDANTS "MOTIONS |
| and | TO DISMISS" |

**SISTERS OF NOTRE DAME**

and

**SISTER OF MERCY**

and

**DAUGHTERS OF THE HOLY SPIRIT**

Defendants

**JURY DEMANDED**

## PLAINTIFFS LETTER TO THE COURT GIVING NOTICE OF THEIR INTENTION TO FILE TIMELY REPLYS TO THE DEFENDANTS OBJECTIONS , AND TIMELY OBJECTIONS TO THE DEFENDANTS MOTIONS TO DISMISS

On Monday, February 13, 2006, the plaintiffs sent a "Letter to the Court" requesting permission to be able to file their Amended Complaint, and requesting that their Amended Complaint be able to be deemed as timely filed under the events presented.

The plaintiffs "Letter to the Court" was sent by Overnight Fed Exed from North Carolina on Monday, February 13, 2006, and arrived the following morning at the District Court on the morning of Tuesday, February 14, 2006.

The plaintiffs' "Letter to the Court" dated Monday, February 13, 2006, could not have been filed in the District Court any sooner given the weekend that had just passed from the deadline date of Friday, February 10, 2006, given the plaintiffs inability to electronically file their Letters, Motions, or Pleadings, and given the plaintiffs inability to travel the distance between North Carolina and Connecticut in order to file their "Letter to the Court" in person any sooner on Monday morning, February 13, 2006.

All opposing counsel of the defendants, pro se and attorney, in both this case and the

1

sister case of 3:02CV1309, were immediately sent their requisite copies of the plaintiffs' "Letter to the Court" dated February 13, 2006, by way of Overnight Fed Ex.

Prior to receiving his copy of the plaintiffs' "Letter to the Court" dated Monday, February 13, 2006, which did not arrive as filed in the District Court Clerk's office on Tuesday, February 14, 2006, Attorney Edward Sheehy filed a "Motion to Dismiss" on Monday, February 13, 2006, on behalf of the defendants, Attorney Sally Hodgdon and The Communities' Law Center, Inc..

On Thursday, February 16, 2006, Attorney Louis Blumenfeld filed a "Motion to Dismiss" on behalf of the defendants, the Sisters of Saint Joseph and the Sisters of Mercy.

On Thursday, February 16, 2006, Attorney Elizabeth Alcorn filed a "Motion to Dismiss" on behalf of the defendants, the Sisters of Notre Dame and the Daughters of the Holy Spirit.

On Friday, February 17, 2006, Attorney Edward Sheehy, filed an "Objection" to the plaintiffs' "Letter to the Court" filed back on Tuesday, February 14, 2006, on behalf of the defendants, Attorney Sally Hodgdon and The Communities' Law Center, Inc., objecting to the plaintiffs request to be able to file their Amended Complaint, and request that the Amended Complaint be deemed as timely when filed under the events presented.

On Friday, February 17, 2006, Attorney Louis Blumenfeld, filed an "Objection" to the plaintiffs' "Letter to the Court" filed back on Tuesday, February 14, 2006, on behalf of his clients, the defendants, the Sisters of Saint Joseph and the Sisters of Mercy, objecting to the plaintiffs request to be able to file their Amended Complaint, and request that their Amended Complaint be deemed as timely filed under the events presented.

On Friday, February 17, 2006, Attorney Louis Blumenfeld filed an "Objection" on behalf of the defendants, the Sisters of Saint Joseph and Sisters of Mercy, to the plaintiffs "Motion for

2

Consolidation" filed back on Monday, February 13, 2006.

On Tuesday, February 22, 2006, Attorney Elizabeth Alcorn, filed an "Objection" to the plaintiffs' "Letter to the Court" filed back on Tuesday, February 14, 2006, on behalf of the defendants, the Sisters of Notre Dame and the Daughters of the Holy Spirit, objecting to the plaintiffs request to be able to file their Amended Complaint, and request that their Amended Complaint be deemed as timely filed under the events presented.

The plaintiffs are respectfully giving Notice that they intend to file a timely "Reply" to each of the "Objections" filed by the defendants, within the time allotted to them under the Federal Rules of Civil Procedure and Local Civil Rules to do so.

The plaintiffs are also respectfully giving Notice that they intend to file a timely "Objection" to each of the "Motions to Dismiss" filed by the defendants, within the time allotted to them under the Federal Rules of Civil Procedure and Local Civil Rules to do so.

Respectfully Submitted

Hadley Mapherson

Hadley Mapherson

2015 McKenzie Creek Drive

Charlotte, NC 28270

(704) 675 - 5252

3

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

# CERTIFICATION

This is to certify that a copy of the foregoing was sent/delivered this day of February 22, 2006 to to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252