FILED

2006 FEB 24 P 3: 35

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

................................
RACHEL EGAN, LOYAL EGAN          :
and HADLEY MACPHERSON EGAN       :
                                 :
        PLAINTIFFS               :   NO.   3:01CV01555 SRU
                                 :
VS.                              :   DATE: FEBRUARY 24, 2006
                                 :
                                 :
SALLY HODGDON                    :
                                 :
        DEFENDANT                :
................................:

## OBJECTION OF THE DEFENDANTS, SALLY HODGDON AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS' MOTION TO CONSOLIDATE

The defendants **SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER** hereby object to the Plaintiffs' Motion to Consolidate dated February 13, 2006 to consolidate the above entitled action as to claims for conspiracy allegedly set forth in the plaintiffs' newly filed Amended Complaint dated February 10, 2006 which has never been served on these defendants with MacPherson v. Berman, et al, No. 3:02CV1309 SRU for the following reasons:

   1.   The defendant, Hodgdon, filed a Motion to Consolidate the above referenced cases on January 30, 2003 which was

- 2 -

denied by the Court on April 10, 2003;

2. The plaintiffs filed a Motion to Consolidate the above referenced cases on June 24, 2004 which was denied by the Court by order dated February 17, 2005 on the grounds that:

> Based on the Amended Complaints in these cases both of which were filed on May 14, 2004, there do not appear to be sufficient parties or issues to warrant consolidation...

3. The plaintiffs filed a second Motion to Consolidate the above referenced cases dated March 15, 2005 in which they referred to an Amended Complaint dated March 15, 2005 consisting of 271 pages and 1,545 paragraphs in which the plaintiffs allege <u>inter alia</u> a conspiracy between the defendants Hodgdon and Berman to violate the plaintiffs' rights. The defendant Hodgdon filed an Objection dated April 5, 2005 to the plaintiffs' Motion to Consolidate dated April 5, 2005 which was granted by the Court on January 18, 2006.

4. Conspiracy in and of itself is not a cause of action. <u>Larobina v. McDonald</u>, 274 Conn. 394, 408 (2005).

- 3 -

5. The "law of the case" doctrine precludes the court to reopen what has been denied. See: <u>Wright v. Cayan</u>, 817 F. 2d 999 1002n.3 (2d Cir.) cert. denied 484 U.S. 853 (1987).

WHEREFORE, the defendants respectfully request the Court to sustain their Objections to the plaintiffs' Motion to Consolidate.

> THE DEFENDANTS
> SALLY HODGDON AND
> THE COMMUNITIES' LAW CENTER
>
> BY _____
> Edward Maum Sheehy
> WILLIAMS, COONEY & SHEEHY, LLP
> 799 Silver Lane
> Trumbull, CT  06611-0753
> Tel.  (203)  380-1741
> Fed. Bar #ct 04212

**ORDER**

So Ordered:

_____
U.S. DISTRICT COURT JUDGE

- 4 -

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

                                            */s/ Edward Maum Sheehy*
                                            Edward Maum Sheehy