# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

FILED 2006 MAR -8 A 9:33 U.S. DISTRICT COURT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | MARCH 7, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| VS. | |
| ATTORNEY SALLY HODGDON | NOTICE OF INTENT TO |
| and | FILE "OMNIBUS REPLY" TO |
| THE COMMUNITIES' LAW CENTER | ALL DEFENDANTS |
| and | "OBJECTIONS" TO |
| SISTERS OF SAINT JOSEPH | PLAINTIFFS' "MOTION FOR |
| and | CONSOLIDATION" |

**SISTERS OF NOTRE DAME**

and

**SISTER OF MERCY**

and

**DAUGHTERS OF THE HOLY SPIRIT**

Defendants

**JURY DEMANDED**

# PLAINTIFFS NOTICE TO FILE AN "OMNIBUS REPLY" TO THE "OBJECTIONS" FILED BY THE DEFENDANTS ATTORNEY SALLY HODGDON, THE COMMUNITIES' LAW CENTER INC., AND THE SISTERS OF SAINT JOSEPH, SISTERS OF MERCY, TO THE PLAINTIFFS "MOTION FOR CONSOLIDATION"

On Monday, March 13, 2006, the plaintiffs latest "Motion for Consolidation" was filed.

On Friday, February 17, 2006, the defendants, the Sisters of Saint Joseph and Sisters of Mercy, filed an "Objection" to the plaintiffs' "Motion for Consolidation" which had been filed back on Monday, February 13, 2006.

On Friday, February 24, 2006, the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., then filed their "Objection" to the plaintiffs' "Motion for Consolidation" as well.

The plaintiffs received their copy of the defendants' "Objections" by mail the next week.

The filing date of the earliest "Objections" filed by the defendants, the Sisters of Saint Joseph and Sisters of Mercy, that being Friday, February 17, 2006, counting ten (10) days forward for the filing of a Reply under the Federal Rules of Civil Procedure, excluding weekends and the Federal Holiday of Monday, February 20, 2006 (President's Day), designated the response date for the plaintiffs filing of a "Reply" to be the date of Monday, March 6, 2006.

However, given that the plaintiffs received their copy by mail under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts them of time to respond, the plaintiffs believe they are entitled to the benefit of the three (3) additional days afforded by Rule 6 of the Federal Rules of Civil Procedure.

Therefore, with the use of the additional three (3) days afforded by Federal Rule 6, the plaintiffs believe they have until Thursday, March 9, 2006 , by which to file their "Reply" to the "Objection" filed by the defendants, the Sisters of Saint Joseph and Sisters of Mercy , rather than the date of Monday, March 6, 2006.

The filing date of the "Objection" filed by the defendants, Attorney Sally Hodgdon and The Communities Law Center Inc., that being Friday, February 24, 2006,  counting ten (10) days forward for the filing of a Reply under the Federal Rules of Civil Procedure, excluding weekends, designated the response date for the plaintiffs filing of a "Reply" to be the date of Friday, March 10, 2006.

Therefore also, with the use of the additional three (3) days afforded by Federal Rule 6, the plaintiffs believe they have until Monday, March 13, 2006 , as a result of the intermediate weekend, by which to file their "Reply" to the defendant, Paul Egan's "Memorandum in Opposition" to the plaintiff's "Motion for Consolidation", rather than the date of Friday, March 10, 2006.

As the plaintiffs defense to all of the "Objections" filed by all of the defendants in this case is the same, the plaintiffs will be filing an "Omnibus Reply" to the defendants', Attorney Sally Hodgdon, the Sisters of Saint Joseph and the Sisters of Mercy's "Objections" to the plaintiff's previously filed "Motion for Consolidation", on Thursday, March 9, 2006.

*Rachel J. Egan*
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

*Loyal Egan*
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of March 7, 2006 to to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

*Rachel J. Egan*
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

*Loyal Egan*
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252