# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

FILED 2006 MAR -8 A 9:34 U.S. DISTRICT COURT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | MARCH 7, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| VS. | |
| ATTORNEY SALLY HODGDON | NOTICE OF INTENT TO |
| and | FILE "OMNIBUS REPLY" TO |
| THE COMMUNITIES' LAW CENTER | ALL DEFENDANTS |
| and | "OBJECTIONS" TO |
| SISTERS OF SAINT JOSEPH | "LETTER TO THE COURT" |
| and | DATED FEBRUARY 13, 2006 |

**SISTERS OF NOTRE DAME**

and

**SISTER OF MERCY**

and

**DAUGHTERS OF THE HOLY SPIRIT**

      Defendants

                                                            **JURY DEMANDED**

# **PLAINTIFFS NOTICE TO FILE AN "OMNIBUS REPLY"**

# **UNDER THE TIME ALOTTED BY FEDERAL CIVIL RULE 6,**

# **ON THURSDAY, MARCH 9, 2006**

On Friday, February 17, 2006, the defendants, Attorney Sally Hodgdon and the Communities Law Center filed an "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006, as well as did the defendants, the Sisters of Saint Joseph and the Sisters of Mercy filed their "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006.

On Wednesday, February 22, 2006, the defendants, the Sisters of Notre Dame and the Daughters of the Holy Spirit filed their "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006.

The plaintiffs received their copy of the defendants Objections by mail the next week.

The filing date of the earliest Objections filed by the defendants, Attorney Sally Hodgdon and The Communties' Law Center and the Sisters of Saint Joseph and Sisters of Mercy on February 13, 2006, <u>counting ten (10) days forward</u> for the filing of a Reply under the Federal Rules of Civil Procedure, <u>excluding weekends and the Federal Holiday of Monday, February 20, 2006 (Presidents Day),</u> designated the response date for the plaintiffs filing of a "Reply" to be that of Monday, March 6, 2006.

However, given that the plaintiffs received their copy by mail under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts them of time to respond, the plaintiffs believe they are entitled to the benefit of the three (3) additional days afforded by Rule 6 of the Federal Rules of Civil Procedure.

With the use of the additional three (3) days afforded by Federal Rule 6, the plaintiffs believe they have until Thursday, March 9, 2006 by which to file their "Reply" to the earliest Objections filed back on February 17, 2006, rather than the date of Monday, March 6, 2006.

As the defense to all of the "Objections" filed by all defendants is the same, the plaintiffs will be filing an Omnibus "Reply" on Thursday, March 9, 2006.

Further, for reasons which will be apparent in the content of their "Reply" to be filed on Thursday, March 9, 2006, the plaintiffs have justifiably needed to use the full time afforded to them under the Federal Rules.

There was another issue that caused the plaintiffs to physically transport their Amended Complaint up to Connecticut by personal in hand service rather than by mail, beyond the previously stated reason of the snow storm hitting the south and midwest, which was moving north, and which was certain to cause delay in arrival by mail.

The plaintiffs, back on Monday, February 13, 2006, when they filed their "Letter to the Court" however, were not at that time in a position to be able to adequately present or prove that which needed to be presented and proved in order to explain their actions fully, and therefore knew that it would be futile and fatal at that time to allege facts that they could not yet support.

Had the plaintiffs done so, the defendants would have immediately accused the plaintiffs of making false allegations without necessary proof to back them up, and the plaintiffs, without enough time to gather information, would have been unable to defend their actions and position.

The plaintiffs now however, are in possession of enough information to more fully explain, and to adequately justify, their decision to have all copies of the Amended Complaint physically driven the 800 miles north to Bridgeport Connecticut, to be delivered in hand, rather than by mail or Fed Ex.

_Rachel Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of March 7, 2006 to to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_Rachel Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252