Original

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

AT BRIDGEPORT

2006 MAR 10 A 9:48

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | MARCH 9, 2006 |
| and | |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS REQUEST |
| and | FOR THREE DAY |
| THE COMMUNITIES' LAW CENTER | EXTENSION OF TIME TO |
| and | FILE RESPONSE TO ALL |
| SISTERS OF SAINT JOSEPH | PENDING MOTIONS TO |
| and | DISMISS AND "OBJECTIONS" |

**SISTERS OF NOTRE DAME**

and

**SISTER OF MERCY**

and

**DAUGHTERS OF THE HOLY SPIRIT**

Defendants

**JURY DEMANDED**

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | MARCH 9, 2006 |
| and | |
| LOYAL EGAN | |
|     Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS REQUEST |
| and | FOR THREE DAY |
| THE COMMUNITIES' LAW CENTER | EXTENSION OF TIME TO |
| and | FILE RESPONSE TO ALL |
| SISTERS OF SAINT JOSEPH | PENDING MOTIONS TO |
| and | DISMISS AND "OBJECTIONS" |

**SISTERS OF NOTRE DAME**

    and

**SISTER OF MERCY**

    and

**DAUGHTERS OF THE HOLY SPIRIT**

    Defendants

**JURY DEMANDED**

# REQUEST FOR THREE DAY ENLARGEMENT OF TIME TO FILE RESPONSES TO "MOTIONS TO DISMISS" AND "OBJECTIONS"

Since Monday, February 13, 2006, the defendants in this case of 3:01CV01555 filed eight Motions and Objections, each requiring, or allowing a response from the plaintiffs.

The defendants filed three "Motions to Dismiss", three "Objections to the Plaintiffs' Letter to the Court dated February 13, 2006", and two "Objections to Consolidation" since February 13, 2006.

All "Motions to Dismiss" had a twenty one (21) day response period, and all "Objections", if intended to be replied to, had a ten (10) day response period, with all responses to both the "Motions to Dismiss" and "Objections" due within the same seven day period.

With the use of the extra three (3) days afforded to the plaintiffs under Rule 6 of the Federal Rules of Procedure, for their having been served under Rule 5 of the Federal Rules of Civil Procedure, the plaintiffs are not in fact behind on any response to any of the "Motions to Dismiss" or "Objections" filed against them, until the close of this day of Thursday, March 9, 2006, despite the dates listed on the Docket, as the response dates on the Docket do not reflect the benefit of the extra three (3) days afforded to the plaintiffs under Rule 6.

Each of the eight "Motions to Dismiss" and "Objections" filed against the plaintiffs, require not only a Motion in response, but Memorandum of Law, and appropriate Affidavits, leaving the plaintiffs to have responded in the time allotted with roughly 24 documents to generate in defense, in the time allotted.

1

Though the plaintiffs alerted the Court on March 7, 2006 and March 8, 2006, that they intended to file "Omnibus Objections" and "Omnibus Reply's" to the "Motions to Dismiss" and "Objections" filed against them, that still left the plaintiffs with 15 Motions, Memorandums of Law, and Affidavits to produce in the same limited time period.

The plaintiffs are requesting only until Monday, March 13, 2006 to have their responses to all of the pending "Motions to Dismiss" and "Objections" filed against them in this case, and in the case of 3:02CV1309 filed.

The plaintiffs alerted the Court and all counsel that there was evidence that explained and justified the plaintiffs actions further, beyond the defense they already had stated in their "Letter to the Court" dated February 13, 2006, but that they had previously been unable to present that evidence back on February 13, 2006, and are only able to do so now.

If the plaintiffs were merely puffing, and can present nothing to warrant or support all that has occurred, then the three days afforded to them to attempt to complete all of the necessary responses due will not matter.

The plaintiffs present below, a detailed list of all "Motions to Dismiss" and "Objections" filed by all defendants in this case, which will demonstrate that the plaintiffs are not asking for an Enlargement of time to all "Motions to Dismiss" or all "Objections", as not all "Motions to Dismiss" or "Objections" will pass their deadlines until Monday, March 13, 2006.

## TIMELINESS AS TO ALL PENDING "MOTIONS TO DISMISS"

On Monday, February 13, 2006, the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., filed their "Motion to Dismiss", which was not entered on the

2

docket until the following day of Tuesday, February 14, 2006.

On the evening of Monday, February 13, 2006, the plaintiffs, being unaware of the "Motion to Dismiss", sent their "Letter to the Court" by Overnight Fed Ex from North Carolina, which was then filed the following morning of Tuesday, February 14, 2006.

On Thursday, February 16, 2006, the defendants, the Sisters of Saint Joseph and Sisters of Mercy, filed their "Motion to Dismiss".

On Thursday, February 16, 2006, the defendants, the Sisters of Notre Dame and Daughters of the Holy Spirit, filed their "Motion to Dismiss".

The plaintiffs received their copy of the defendants Motions to Dismiss by mail the next week.

Being that the plaintiffs' defense to all of the "Motions to Dismiss" filed by all defendants, is the same, the plaintiffs are filing this "Omnibus Objections" on this day of Thursday, March 9, 2006, an "Omnibus Objection" which is timely under the following facts:

The filing date of the "Motion to Dismiss" filed by the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., that being Monday, February 13, 2006, counting twenty (21) days forward for the filing of an "Objection" under the Federal Rules of Civil Procedure, designated the response date for the plaintiffs filing of an "Objection" to be that of Monday, March 6, 2006).

The filing date of the "Motion to Dismiss" filed by the defendants, the Sisters of Saint Joseph and Sister of Mercy, that being Thursday, February 16, 2006, counting twenty one (21) days forward for the filing of an "Obejction" under the Federal Rules of Civil Procedure, designated the response date for the plaintiffs filing of an "Objection" to be that of Wednesday,

March 8, 2006.

The filing date of the "Motion to Dismiss" filed by the defendants, the Sisters of Notre Dame and Daughters of the Holy Spirit, that being Thursday, February 16, 2006, <u>counting twenty one (21) days</u> forward for the filing of an "Objection" under the Federal Rules of Civil Procedure, designated the response date for the plaintiffs filing of an "Objection" to be that of <u>Wednesday, March 8, 2006.</u>

However, given that the plaintiffs received their copies of the all defendants "Motions to Dismiss" through the mail, as allowed under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts the plaintiffs of the necessary time to receive and respond, the plaintiffs are therefore entitled to the benefit of the additional three (3) days afforded to them by Rule 6 of the Federal Rules of Civil Procedure in filing their "Objections".

With the use of the additional three (3) days afforded by Rule 6 of the Federal Rules of Civil Procedure, the plaintiffs have <u>until Thursday, March 9, 2006</u> by which to file their "Objection" to the "Motion to Dismiss" filed by the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., rather than the date of Thursday, March 6, 2006; and <u>until Sunday, March 12, 2006, (which rolls over to Monday, March 13, 2006)</u> by which to file their "Objection" to the "Motion to Dismiss" filed by the defendants, the Sisters of Saint Joseph and Sisters of Mercy, rather than the date of Thursday, March 9, 2006; and <u>until Sunday, March 12, 2006 (which rolls over to Monday, March 13, 2006)</u> to file their "Objection" to the "Motion to Dismiss" filed by the defendants, the Sisters of Notre Dame and the Daughters of the Holy Spirit, rather than the date of Thursday, March 9, 2006.

4

## TIMELINESS AS TO ALL PENDING "OBJECTIONS TO PLAINTIFF'S LETTER TO THE COURT" DATED FEBRUARY 13, 2006

The plaintiffs' "Letter to the Court", dated Monday, February 13, 2006, sent by Overnight Fed Ex from North Carolina, was filed in the District Court on Tuesday, February 14, 2006.

On Friday, February 17, 2006, the defendants, Sisters of Saint Joseph and Sisters of Mercy, filed an "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006.

On Friday, February 17, 2006, the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., filed their "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006.

On Wednesday, February 22, 2006, the defendants, the Sisters of Notre Dame and Daughters of the Holy Spirit, filed their "Objection" to the plaintiffs' "Letter to the Court" dated February 13, 2006.

The plaintiffs received their copy of the defendants Objections by mail the next week.

Being that the plaintiffs' defense to all of the "Objections" filed by all defendants is the same, the plaintiffs are filing this "Omnibus Reply" on this day of <u>Thursday, March 9, 2006</u>, an "Omnibus Reply" which is timely under the following facts:

The filing date of the "Objection" filed by the defendants, Sisters of Saint Joseph and Sisters of Mercy, that being Friday, February 17, 2006, <u>counting ten (10) days forward</u> for the filing of a "Reply" under the Federal Rules of Civil Procedure, <u>excluding weekends and the Federal Holiday of Monday, February 20, 2006 (Presidents Day)</u>, designated the response date for the plaintiffs filing of a "Reply" to be that of <u>Monday, March 6, 2006</u>.

The filing date of the "Objection" filed by the defendants, Attorney Sally Hodgdon and

5

The Communities' Law Center Inc., that being Friday, February 17, 2006, <u>counting ten (10) days forward</u> for the filing of a "Reply" under the Federal Rules of Civil Procedure, <u>excluding weekends and the Federal Holiday of Monday, February 20, 2006 (Presidents Day)</u>, designated the response date for the plaintiffs filing of a "Reply" to be that of <u>Monday, March 6, 2006.</u>

The filing date of the "Objection" filed by the defendants, the Sisters of Notre Dame and Daughters of the Holy Spirit, that being Wednesday, February 22, 2006, <u>counting ten (10) days forward</u> for the filing of a "Reply" under the Federal Rules of Civil Procedure, <u>excluding weekends,</u> designated the response date for the plaintiffs filing of a "Reply" to be that of <u>Wednesday, March 8, 2006.</u>

However, given that the plaintiffs received their copies of the all defendants "Objections" through the mail, as allowed under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts the plaintiffs of the necessary time to receive and respond, the plaintiffs are therefore entitled to the benefit of the additional three (3) days afforded to them by Rule 6 of the Federal Rules of Civil Procedure in filing their "Reply".

With the use of the additional three (3) days afforded by Rule 6 of the Federal Rules of Civil Procedure, the plaintiffs have <u>until Thursday, March 9, 2006</u> by which to file their "Reply" to the "Objection" filed by the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., rather than the date of Monday, March 6, 2006; and <u>until Thursday, March 9, 2006,</u> by which to file their "Reply" to the "Objection" filed by the defendants, the Sisters of Saint Joseph and Sisters of Mercy, rather than the date of Monday, March 6, 2006; and <u>until Saturday, March 11, 2006 (which rolls over to Monday, March 13, 2006)</u> to file their "Reply to the "Objection" filed by the defendants, the Sisters of Notre Dame and the Daughters of the Holy Spirit, rather than the date of Wednesday, March 8, 2006.

## TIMELINESS AS TO ALL PENDING "OBJECTIONS TO PLAINTIFF'S "MOTION TO CONSOLIDATE"

The plaintiffs' "Motion for Consolidation" was filed on Monday, February 13, 2006.

On Friday, February 17, 2006, the defendants, Sisters of Saint Joseph and Sisters of Mercy, filed an "Objection" to the plaintiffs' "Motion for Consolidation" filed on Monday, February 13, 2006.

On Friday, February 24, 2006, the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., filed their "Objection" to the plaintiffs' "Motion for Consolidation" filed on Monday, February 13, 2006.

The plaintiffs received their copy of the defendants Objections by mail the next week.

Being that the plaintiffs' defense to all of the "Objections" filed by all defendants is the same, the plaintiffs are filing this "Omnibus Reply" on this day of <u>Thursday, March 9, 2006</u>, an "Omnibus Reply" which is timely under the following facts:

The filing date of the "Objection" filed by the defendants, Sisters of Saint Joseph and Sisters of Mercy, that being Friday, February 17, 2006, <u>counting ten (10) days forward</u> for the filing of a "Reply" under the Federal Rules of Civil Procedure, <u>excluding weekends and the Federal Holiday of Monday, February 20, 2006 (Presidents Day)</u>, designated the response date for the plaintiffs filing of a "Reply" to be that of <u>Monday, March 6, 2006</u>.

The filing date of the "Objection" filed by the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc., that being Friday, February 24, 2006, <u>counting ten (10) days forward</u> for the filing of a "Reply" under the Federal Rules of Civil Procedure, designated the response date for the plaintiffs filing of a "Reply" to be that of <u>Friday, March 10, 2006.</u>

7

However, given that the plaintiffs received their copies of the all defendants "Objections" through the mail, as allowed under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts the plaintiffs of the necessary time to receive and respond, the plaintiffs are therefore entitled to the benefit of the additional three (3) days afforded to them by Rule 6 of the Federal Rules of Civil Procedure in filing their "Reply".

With the use of the additional three (3) days afforded by Rule 6 of the Federal Rules of Civil Procedure, the plaintiffs have <u>until Thursday, March 9, 2006</u> by which to file their "Reply" to the "Objection" filed by the defendants, Sisters of Saint Joseph and Sisters of Mercy, rather than the date of Monday, March 6, 2006; and <u>until Monday, March 13, 2006</u>, by which to file their "Reply" to the "Objection" filed by the defendants, Attorney Sally Hodgdon and The Communities' Law Center Inc, rather than the date of Friday, March 10, 2006.

**Wherefore,** the plaintiffs respectfully request until Monday, March 13, 2006 to file all responses to all "Motions to Dismiss" and "Objections" filed.

Respectfully Submitted

*Hadley Macpherson*

Hadley Macpherson

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of March 8, 2006 to to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252