```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

.................................
                                 :
RACHEL EGAN, LOYAL EGAN           :
and HADLEY MACPHERSON EGAN        :
                                 :
      PLAINTIFFS                  :    NO.   3:01CV01555 SRU
                                 :
                                 :
VS.                               :    DATE:  MARCH 14, 2006
                                 :
                                 :
SALLY HODGDON                     :
                                 :
      DEFENDANT                   :
.................................:
```

### OBJECTION OF THE DEFENDANTS, SALLY HODGDON AND THE COMMUNITIES' LAW CENTER, INC. TO THE PLAINTIFFS' REQUEST TO EXTEND TIME TO FILE RESPONSES TO MARCH 13, 2006

**Background**

     The defendants **SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER, INC.** (the defendants) filed the following with the Court since the Court's ruling on January 18, 2006 that the plaintiffs file an Amended Complaint with a maximum of 25 pages on or before February 10, 2006:

    1.   Motion to Dismiss dated February 13, 2006 for the failure of the plaintiffs to file an Amended Complaint with a maximum of 25 pages on or before February 10, 2006;

- 2 -

2. Objection dated February 17, 2006 to Plaintiffs' Letter Affidavit Requesting Permission to File Amended Complaint Late but as Timely;

3. Objection dated February 24, 2006 to the Plaintiffs' Motion to Consolidate.

The Court by Order dated February 15, 2006 ordered that the responses to the Defendants' Motion to Dismiss be filed by March 6, 2006.

The plaintiffs' have filed the following with the Court:

1. Notice of Filing dated March 6, 2006 an Omnibus Objection to Defendants' Motion to Dismiss;

2. Notice of Intent dated March 7, 2006 to File "Omnibus Reply" to All Defendants "Objections" to "Letter to the Court" dated February 13, 2006;

3. Notice of Intent dated March 7, 2006 to File "Omnibus Reply" to all Defendants' "Objections" to Plaintiffs' "Motion for Consolidation;"

4. In each of the aforementioned Notices, the plaintiffs request an extension of time until March 9, 2006 to file the aforementioned omnibus objection and/or reply;

- 3 -

5. Request dated March 9, 2006 for a Three Day Extension of Time to File Response to All Pending Motions to Dismiss and Objections to March 13, 2006.

**Objections**

The defendants object to the plaintiffs' Request for Extension of Time to Respond to the aforesaid Motion/Objections filed by these defendants for the following reasons:

1. By Order of the Court on January 18, 2006, the plaintiffs were to file an Amended Complaint of not more than 25 pages on or before February 10, 2006;

2. As of this date, the plaintiffs have not filed an Amended Complaint; and

3. As of this date, the plaintiffs have not filed an Omnibus Objection and/or Reply to the aforementioned motions and/or objections filed by the defendants.

WHEREFORE, the defendants respectfully request the Court to grant their Motion to Dismiss dated February 13, 2006 for the failure of the plaintiffs to file an Amended Complaint on or before February 10, 2006 and enter judgment of dismissal in favor of the defendants with prejudice.

- 4 -

THE DEFENDANTS
SALLY HODGDON AND
THE COMMUNITIES' LAW CENTER


BY_____
    Edward Maum Sheehy
    WILLIAMS, COONEY & SHEEHY, LLP
    799 Silver Lane
    Trumbull, CT  06611-0753
    Tel. (203) 380-1741
    Fed. Bar #ct 04212


**ORDER**


_____So Ordered:


                                                 _____
                                                 U.S. DISTRICT COURT JUDGE

- 5 -

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

                                                                _____
                                                                Edward Maum Sheehy