FILED

2006 MAR 28 P 12: 39

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..........................................
RACHEL EGAN, LOYAL EGAN          :
and HADLEY MACPHERSON EGAN       :
                                 :
         PLAINTIFFS              :   NO.      301CV01555 SRU
                                 :
VS.                              :   DATE:    MARCH 28, 2006
                                 :
SALLY HODGDON                    :
                                 :
         DEFENDANT               :
..........................................

RESPONSE OF THE DEFENDANTS SALLY HODGDON AND
THE COMMUNITIES' LAW CENTER TO PLAINTIFFS'
"OMNIBUS REPLY" TO ALL DEFENDANTS' "OBJECTIONS"
TO PLAINTIFFS' "LETTER/AFFIDAVIT" OF
FEBRUARY 13, 2006 AND TO PLAINTIFFS'
"OMNIBUS OBJECTIONS" TO ALL DEFENDANTS' "MOTION TO DISMISS"

The defendants, Sally Hodgdon and The Communities Law Center, file the following Response to the Plaintiffs' Omnibus Reply to All Defendants "Objections" to Plaintiffs' "Letter/Affidavit" of February 13, 2006 and to Plaintiffs' "Omnibus Objection" to All Defendants' "Motions to Dismiss."

1. The plaintiff, Hadley MacPherson, filed an Omnibus Reply to All Defendants "Objections" to Plaintiffs' "Letter/Affidavit" of February 13, 2006 and "Omnibus

- 2 -

Objections" to All Defendants' "Motion to Dismiss both dated March 17, 2006 and received by the undersigned by Federal Express on March 23, 2006.

2. The Court ordered at the conclusion of oral argument on January 18, 2006 that the plaintiff, Hadley MacPherson, "refile one complaint in each of the actions of <u>Egan v. Hodgdon, et al</u> and <u>Egan v. Berman, et al</u> not to exceed 25 pages as to each defendant which has already been served and to file the same by February 10, 2006."

3. As of this date, which is more than six weeks after February 10, 2006, the plaintiff, Hadley MacPherson, has not filed the Amended Complaint which apparently was prepared prior to February 10, 2006. (See Page 4 of Plaintiffs' Letter/Affidavit requesting permission to file Amended Complaint Late but as Timely dated February 13, 2006 attached hereto as Exhibit A.

4. In support of not filing her Amended Complaint on February 10, 2006, the plaintiff, Hadley MacPherson, claims that mail <u>to be delivered to her</u> was determined "to have been already opened while still in the custody

- 3 -

of the United States Postal Service prior to its being delivered to the plaintiff's mailbox..." on some unspecified date.

5. The plaintiff, Hadley MacPherson, further makes the unsubstantiated and preposterous claims that opening of her mail "...is being committed by someone within the U.S. Postal Service who was associated with the defendants in these cases at District Court..." and that "the plaintiffs' house has been illegally entered by individual(s) that had to have been associated with the defendants in these cases at District Court..."

6. The aforementioned claims which the defendants, Sally Hodgdon and The Communities Law Center vehemently deny do not justify the plaintiff Hadley MacPherson's failure to file the Amended Complaint on or before February 10, 2006 as ordered by the Court.

7. Indeed, the plaintiff, Hadley MacPherson, has used Federal Express to file documents with the United States District Court in Connecticut and to serve counsel in Connecticut with copies of these documents as set forth

- 4 -

on pages 6, 8 and 9 of the "Omnibus Reply" and on pages 6, 8 and 9 of the "Omnibus Objection to All Defendants' Motion to Dismiss" but for some unknown reason did not use Federal Express to file the Amended Complaint with the Court on or before February 10, 2006.

8. The plaintiff, Hadley MacPherson, has provided no reasonable explanation as to why she has not filed the Amended Complaint by February 10, 2006 as ordered by the court.

WHEREFORE, the defendants Sally Hodgdon and The Communities Law Center respectfully request the Court to grant their Motion to Dismiss with prejudice dated February 13, 2006.

```
                              THE DEFENDANTS
                              SALLY HODGDON and
                              THE COMMUNITIES' LAW CENTER


                              BY  /s/ Edward Maum Sheehy
                              Edward Maum Sheehy
                              WILLIAMS, COONEY & SHEEHY, LLP
                              799 Silver Lane
                              Trumbull, CT  06611-0753
                              Tel.  (203)  380-1741
                              Fed. Bar #ct 04212
```

- 5 -

### CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

_____
Edward Maum Sheehy

## SCHEDULE A

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | FEBRUARY 13, 2006 |
| and | |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS |
| and | LETTER / AFFIDAVIT |
| THE COMMUNITIES' LAW CENTER | REQUESTING |
| and | PERMISSION TO FILE |
| SISTERS OF SAINT JOSEPH | AMENDED COMPLAINT |
| and | LATE BUT AS TIMELY |

**SISTERS OF NOTRE DAME**

    and

**SISTER OF MERCY**

    and

**DAUGHTERS OF THE HOLY SPIRIT**

    Defendants

                                                                                           **JURY DEMANDED**

shut down because the flights going north cannot arrive in the northern cities where the snow an ice is accumulating making air travel and mail delivery impossible.

There was already news that the Charlotte Douglas Airport was going to close most of its air travel north because its flights north could not land, and that flights were delayed all over the country due to blizzard.

Worse, the plaintiffs worried that the carriers in Connecticut would not be able to deliver if the snow hit sooner, and that such a delay in service would again give rise to complaints from all opposing counsel that they not received their copies of the Amended Complaint on February 10, 2006, and that served on the date of mailing was not good enough.

As a result of the news of the weather, and the risk that even Fed Ex could be delayed, the plaintiffs chose to have a third party individual physically drive the Amended Complaints upon to the District Court, as well as the copies for all opposing counsel in the two cases, to be personally delivered on Friday, February 10, 2006.

The plaintiffs handed all copies for all of the counsel for both this case and the case of 3:02CV1309, as well as the original of the newly drafted Amended Complaint, to the third party individual, who then began the long journey north to Connecticut from North Carolina.

The plaintiff, Hadley Macpherson, kept in constant telephone contact with the individual for the entire course of their trip north on February 9, 2006 and on February 10, 2006.

On Friday, February 10, 2006, after driving nearly 800 miles, the individual turned off the Route 7 Connector, in Norwalk Connecticut, and onto I 95 heading North to Bridgeport, with an hour and fifteen minutes to spare to reach the Bridgeport District Court, only 15 miles away.

The plaintiff, Hadley Macpherson, was on the telephone with the individual when they made the turn onto I 95, as again, she was in constant contact with this individual over their cell