UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
...................................
                                   :
RACHEL EGAN, LOYAL EGAN            :
and HADLEY MACPHERSON EGAN         :
                                   :
        PLAINTIFFS                 :    NO.   3:01CVO1555 SRU
                                   :
                                   :
VS.                                :    DATE:  MARCH 29, 2006
                                   :
                                   :
SALLY HODGDON                      :
                                   :
        DEFENDANT                  :
...................................:
```

<u>OBJECTION OF THE DEFENDANTS, SALLY HODGDON</u>
<u>AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS'</u>
<u>REQUEST FOR ENLARGEMENT OF TIME UNTIL MARCH 29, 2006</u>

The defendants **SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER** hereby object to the Plaintiff, Hadley MacPherson's Request for Extension of Time dated March 23, 2006 until March 29, 2006 to Respond to All Motions and Objections which was received by the undesigned by Federal Express on March 27, 2006 for the following reasons:

1.    The Court on January 18, 2006 after oral argument ordered that the plaintiff, Hadley MacPherson, file an Amended

- 2 -

Complaint with a maximum of 25 pages on or before February 10, 2006.

2. Since February 10, 2006, the plaintiff, Hadley MacPherson, has filed four Requests for Extensions of Time to File Amended Complaint and/or Responses to Motions and Objections even though the plaintiff, Hadley MacPherson, represented to the Court that the Amended Complaint had already been prepared prior to February 10, 2006. (See page 4 of the Plaintiff Hadley MacPherson's Letter/Affidavit Requesting Permission to File Amended Complaint Late but as Timely Dated February 13, 2006 attached hereby as Exhibit A).

3. The plaintiff, Hadley MacPherson, asks the Court for five days until March 29, 2006 "...to deliver her "Omnibus Memorandums of Law" and "Motions" to the District Court."

4. Despite having used Federal Express on numerous occasions to file documents with the Court in Connecticut and to serve copies on counsel in this case including the instant Request for Enlargement of Time, the plaintiff, Hadley MacPherson, for some unknown reason refuses to use

- 3 -

Federal Express to file her "Omnibus Memorandums of Law" and insists on driving from North Carolina to Connecticut to file her "Omnibus Memorandums of Law.

WHEREFORE, the defendant, Sally Hodgdon, and The Communities' Law Center, respectfully requests the Court to grant their Motion to Dismiss with prejudice dated February 13, 2006.

                        THE DEFENDANTS
                        SALLY HODGDON AND
                        THE COMMUNITIES' LAW CENTER


                        BY_____
                           Edward Maum Sheehy
                           WILLIAMS, COONEY & SHEEHY, LLP
                           799 Silver Lane
                           Trumbull, CT  06611-0753
                           Tel. (203)  380-1741
                           Fed. Bar #ct 04212

                    **ORDER**

_____So Ordered:


                        _____
_____U.S. DISTRICT COURT JUDGE

- 4 -

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC  28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT  06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910


_____
Edward Maum Sheehy