## SCHEDULE A

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | FEBRUARY 13, 2006 |
| and | |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS |
| and | LETTER / AFFIDAVIT |
| THE COMMUNITIES' LAW CENTER | REQUESTING |
| and | PERMISSION TO FILE |
| SISTERS OF SAINT JOSEPH | AMENDED COMPLAINT |
| and | LATE BUT AS TIMELY |

**SISTERS OF NOTRE DAME**

and

**SISTER OF MERCY**

and

**DAUGHTERS OF THE HOLY SPIRIT**

        Defendants

                              **JURY DEMANDED**

shut down because the flights going north cannot arrive in the northern cities where the snow an ice is accumulating making air travel and mail delivery impossible.

There was already news that the Charlotte Douglas Airport was going to close most of its air travel north because its flights north could not land, and that flights were delayed all over the country due to blizzard.

Worse, the plaintiffs worried that the carriers in Connecticut would not be able to deliver if the snow hit sooner, and that such a delay in service would again give rise to complaints from all opposing counsel that they not received their copies of the Amended Complaint on February 10, 2006, and that served on the date of mailing was not good enough.

As a result of the news of the weather, and the risk that even Fed Ex could be delayed, the plaintiffs chose to have a third party individual physically drive the Amended Complaints upon to the District Court, as well as the copies for all opposing counsel in the two cases, to be personally delivered on Friday, February 10, 2006.

The plaintiffs handed all copies for all of the counsel for both this case and the case of 3:02CV1309, as well as the original of the newly drafted Amended Complaint, to the third party individual, who then began the long journey north to Connecticut from North Carolina.

The plaintiff, Hadley Macpherson, kept in constant telephone contact with the individual for the entire course of their trip north on February 9, 2006 and on February 10, 2006.

On Friday, February 10, 2006, after driving nearly 800 miles, the individual turned off the Route 7 Connector, in Norwalk Connecticut, and onto I 95 heading North to Bridgeport, with an hour and fifteen minutes to spare to reach the Bridgeport District Court, only 15 miles away.

The plaintiff, Hadley Macpherson, was on the telephone with the individual when they made the turn onto I 95, as again, she was in constant contact with this individual over their cell