```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

                      Motion Day Calendar

              Stefan R. Underhill, U. S. D. J.
                    915 Lafayette Boulevard
                           Bridgeport
                   Courtroom #1, 4th Floor

                          May 2, 2006


UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER
WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE
NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS
AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO
THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH
IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE
UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO
BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714) NO LATER THAN
April 21, 2006.  ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL
BE CONSIDERED ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT
WITH COUNSEL FOR ALL OTHER PARTIES BEFORE MAKING THE REQUEST.
```

**11:00 a.m.**
**Egan v Hodgedon        3:01cv1555**
**Macpherson v Berman  3:02cv1309**

All Pending Motions