# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

Original

FILED 2006 APR 11 A 11:51 U.S. DISTRICT COURT BRIDGEPORT, CONN

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | APRIL 10, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS' REQUEST FOR |
| and | RE-SCHEDULING OF THE |
| THE COMMUNITIES' LAW CENTER | MAY 2, 2006 HEARING, AS THE |
| and | PARTIES ARE ALREADY |
| SISTERS OF SAINT JOSEPH | SCHEDULED TO GIVE ORAL |
| and | ARGUMENTS IN APPELLATE |
| | COURT ON MAY 2, 2006 |

**SISTERS OF NOTRE DAME**

 and

**SISTER OF MERCY**

 and

**DAUGHTERS OF THE HOLY SPIRIT**

 Defendants

## PLAINTIFFS' REQUEST FOR RE-SCHEDULING OF

## THE MOTION HEARING SCHEDULED FOR MAY 2, 2006

The plaintiffs respectfully request that the Motion Hearing scheduled for May 2, 2006, be re-scheduled for another day, as the parties in these two cases of 3:01CV01555 and 3:02CV1309 have been called to appear before the Appellate Court on that same day of May 2, 2006.

The Appellate Case of **Egan v. Egan AC 25859**, involving the appeal of the Orders issued by the Hon. Judge Herbert Gruendel on August 27, 2004, has been scheduled to be heard, and Oral Arguments presented, at 10:00 a.m. on May 2, 2006. [see attached Appellate Schedule]

The Appellate Court Hearing is scheduled to be held at 75 Elm Street, in Hartford Connecticut, and cannot be moved to the next Appellate session.

The Courts Order dated March 7, 2006, requires that the same parties present themselves for a Motion Hearing at 11:00 a.m. on that same day of May 2, 2006.

The District Court Motion Hearing is scheduled to be held at 915 Lafayette Boulevard, in Bridgeport Connecticut, more than an hour away from Hartford Connecticut.

The two Hearings are scheduled back to back, with no time left for travel in between the two cities, and it cannot be known how long the Appellate Hearing would take, or how long it would be before the Appellate Case of **Egan v. Egan AC 25859** would actually be heard given that there are other appellate cases which are scheduled to be heard first.

**Wherefore,** the plaintiffs respectfully request that given the impossibility of attending both Hearings simultaneously, and given that the presence of both parties is demanded at both Hearings, that the District Court Hearing be re-scheduled for a different time or another day.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this day of April 10, 2006 to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252