# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

Original

FILED
2006 APR 11 A 11:51
U.S. DISTRICT COURT
BRIDGEPORT, CT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:01CV01555 SRU |
| and | |
| RACHEL EGAN | APRIL 10, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| VS. | |
| ATTORNEY SALLY HODGDON | PLAINTIFFS' NOTICE |
| and | OF TYPO ERROR |
| THE COMMUNITIES' LAW CENTER | IN ALL COPIES OF |
| and | DOCUMENTS FILED ON |
| SISTERS OF SAINT JOSEPH | APRIL 6, 2006 |
| and | |

**SISTERS OF NOTRE DAME**

    and

**SISTER OF MERCY**

    and

**DAUGHTERS OF THE HOLY SPIRIT**

    Defendants

## **PLAINTIFFS' NOTICE OF TYPO ERROR IN DATES AND CORRECTIVE MEASURES TAKEN**

On Thursday, April 6, 2006, the plaintiffs' had ten (10) bound documents delivered to the Clerk's Office at the District Court, and filed in the two cases of 3:01CV01555 and 3:02CV1309.

The documents which were delivered were the "Omnibus Memorandum Of Law In Support of Plaintiffs' Reply To Defendants' Objection to Letter/Affidavit", and "Omnibus Memorandum Of Law In Support Of Plaintiffs' Objection to Defendants' Motion To Dismiss" in the case of 3:01CV01555, and the "Omnibus Memorandum Of Law In Support Of Plaintiffs' Reply To Defendants' Objection To Letter/Affidavit" in the case of 3:02CV1309.

The above documents which were delivered to the District Court, which were also accompanied by bound volumes of Exhibits, contained numerous typos, the most serious of which requires that this Notice be posted, and the corrective measures which were taken upon the plaintiffs' recognition of their error, disclosed.

The cover sheets to every document, as well as the Certifications to every document bore the date of March 29, 2006, rather than the date of April 6, 2006, which was the actual date of filing.

The error was innocent, and was only committed due to the size of the documents compiled, printed, collated, and the number of the copies of those documents being compiled, printed, and collated.

The plaintiffs had printed the covers a week earlier, as well re-dated the Certifications,

when they still thought they would be finished on March 29, 2006.

When the date of March 29, 2006 passed, and the plaintiffs were not finished drafting and compiling, copying, and collating, the plaintiffs forgot in their haste to get the documents out and filed in the District Court before an Order of Dismissal could be issued, forgot to re-print the covers with the new date of April 6, 2006, and re-date the Certifications.

As a result, all documents were inadvertently filed bearing the erroneous date of March 29, 2006, and erroneously, though innocently, misrepresented that all documents had been mailed to all defendants back on March 29, 2006.

The plaintiffs had no way to correct the error once it was realized what had occurred, as the documents filed could not be pulled back.

However, the copies of all documents which were due to be delivered to all defendants in the two cases of 3:01CV01555 and 3:02CV1309, were pulled back, and were corrected by the crossing out of the date of March 29, 2006 with a pen, the words "Typo Error" handwritten above, and initialed by the plaintiff, Hadley Macpherson, and the words, "Filed April 6, 2006" written next to the now crossed out date of March 29, 2006.

Because all copies had to travel back to the plaintiffs in North Carolina for the re-dating to take place, the plaintiffs, were not able to mail out by Fed Ex the copies to all defendants until the weekend of April 8, 2006.

The plaintiffs apologize for the error.

The defendants will all receive their copies by Fed Ex on Wednesday, April 12, 2006, or Thursday, April 13, 2006, as the plaintiffs sent the documents by regular Fed Ex rather than by Overnight due to the number of defendants, the weight, and the resultant expense.

*Rachel Egan*
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

*Loyal Egan*
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this day of April 10, 2006 to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

*Rachel Egan*
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

*Loyal Egan*
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252