UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HADLEY MACPHERSON,
RACHEL J. EGAN, LOYAL B. EGAN

      v                        3:01CV1555 (SRU)

SALLY HODGEDON, DAUGHTERS
OF THE HOLY SPIRIT, SISTERS OF
NOTRE DAME, SISTERS OF MERCY,
SISTERS OF ST JOSEPH, COMMUNITIES'
LAW CENTER

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and on May 16, 2006, entered a Ruling on Motions to Dismiss granting defendants' motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of May 2006.

                                            KEVIN F. ROWE, Clerk

                                            By ___/s/_____
                                                 Alice Montz
                                                 Deputy Clerk

Entered on Docket _____