UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL EGAN, LOYAL EGAN and HADLEY MACPHERSON EGAN

PLAINTIFFS

VS.

SALLY HODGDON

DEFENDANT

NO. 3:01CV01555 SRU

DATE: JUNE 21, 2006

**OBJECTION OF THE DEFENDANTS, SALLY HODGDON AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 60 DATED JUNE 8, 2006**

The defendants **SALLY HODGDON** and **THE COMMUNITIES' LAW CENTER** hereby object to the Plaintiffs' Motion for Relief under Rule 60 dated June 8, 2006 to the extent that the plaintiffs' claim that the filing of this motion "stays the time for appeal until this motion is acted upon or disposed of by the court" for the following reasons:

1. The judgment in the above entitled matter was entered on May 25, 2006.

2. Rule 60(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> ...A motion under this subdivision (b) does not affect the finality of a judgment or suspend its operation.

WHEREFORE, the defendants respectfully request the Court to deny the plaintiffs' Motion for Relief under Rule 60 in regard to their request to stay the time to take an appeal until this motion is acted upon or disposed of by the Court.

THE DEFENDANTS
SALLY HODGDON AND
THE COMMUNITIES' LAW CENTER

BY______________________________

Edward Maum Sheehy
WILLIAMS, COONEY & SHEEHY, LLP
799 Silver Lane
Trumbull, CT 06611-0753
Tel. (203) 380-1741
Fed. Bar #ct 04212

**ORDER**

So Ordered:

______________________________
U.S. DISTRICT COURT JUDGE

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel of record and pro se parties and the following:

Hadley MacPherson (Egan) Pro Se
2015 McKenzie Creek Drive
Charlotte, NC 28270

Loyal B. Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Rachel J. Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Louis B. Blumenfield, Esq.
Cooney, Scully & Dowling
Ten Columbus Boulevard
Hartford, CT 06106

Elizabeth K. Andrews, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Edward Maum Sheehy