UNITED STATES DISTRICT COURT

OF CONNECTICUT

AT BRIDGEPORT

FILED
2006 JUL 28 A 11: 22

HADLEY MACPHERSON (EGAN)

RACHEL EGAN                                         CIVIL CASE: 3:01CV01555    SRU

LOYAL EGAN                                          HON. STEFAN UNDERHILL

    plaintiffs, pro se

V.

ATTORNEY SALLY HODGDON

THE COMMUNTIES' LAW CENTER INC.

SISTERS OF SAINT JOSEPH

SISTERS OF MERCY

SISTERS OF NOTRE DAME

DAUGHTERS OF HOLY SPIRIT

    defendants

## Corrected NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Hadley Macpherson, Rachel Egan, and Loyal Egan hereby given notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order :

1. June 27, 2006 Order / Ruling (entered June 28, 2006, denying plaintiffs' Motion for Relief under Rule 60(a) requesting correction, rectification, and completion of the Docket and Record.

2. May 25, 2005 <u>Judgment</u> (entered <u>May 25</u>, 2006) in favor of defendants, and Dismissal under Rule 41.

3. January 18, 2006 <u>Ruling</u> (entered February 8, 2006) Striking plaintiffs' Amended Complaint dated May 14, 2004 and plaintiffs' Second Amended Complaint dated March 15, 2006. (Docket entry 134)

4. January 18, 2006 <u>Order</u> (<u>not</u> entered, <u>appearing only in</u> <u>Trascript</u> of January 18, 2006 Pre-Trial Hearing before Hon. Stefan Underhill), instructing plaintiffs' to file an Amended Complaint to be filed in District Court by February 10, 2006, limited to 25 pages in length, or the plaintiffs' would be Dismissed. (Docket entry 135)

5. April 9, 2003 <u>Ruling</u> (not entered, <u>appearing only in</u> <u>Transcript</u> of April 9, 2003 Pre-Trial Chambers Hearing before Hon. Stefan Underhill), denying plaintiffs' the opportunity to add The Communities' Law Center Inc. as a defendant. (Docket entry 42)

_Hadley Macpherson_
_Rachel Egan_ (by mother on behalf of)
_Loyal Egan_ (by mother on behalf of)
Signature

_Hadley Macpherson_
_Rachel Egan_
_Loyal Egan_
Print Name

Date: July 28, 2006

2015 Mckenzie Creek Dr.
Charlotte North Carolina
28270
Address