UNITED STATES DISTRICT COURT

OF CONNECTICUT

AT BRIDGEPORT

FILED

2006 SEP 11 A 10: 23

DISTRICT COURT
BRIDGEPORT, CONN

HADLEY MACPHERSON (EGAN)
RACHEL EGAN
LOYAL EGAN

      plaintiffs, pro se
V.

ATTORNEY SALLY HODGON
THE COMMUNITIES' LAW CENTER, INC.
SISTERS OF SAINT JOSEPH
SISTERS OF MERCY
SISTERS OF NOTRE DAME
DAUGHTERS OF THE HOLY SPIRIT

      defendants,

CIVIL CASE: 3:01CV01555 SRU

HON. STEFAN UNDERHILL

JULY 30, 2006

## SECOND CORRECTED NOTICE OF APPEAL

This second corrected Notice of Appeal corrects the typos in dates as to the Orders and Rulings being appealed of.

Pursuant to F.R.A.P. 4(a)(1), Hadley Macpherson, Rachel Egan, and Loyal Egan, hereby give notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

1.     June 27, 2006 **Order/Ruling** (entered June 28, 2006 as docket entry **182**), denying plaintiff's Motion for Relief under Rule 60(a) (docket entry **179**) requesting correction, rectification, and completion of the Docket and Record.

2. May 16, 2006, **Order/ Ruling,** (entered May 17, 2006 as docket entry **176**) granting defendants' Motions to Dismiss (docket entry's **137, 139,** and **140**) dismissing plaintiff's case under Rule 41, with prejudice.

3. May 25, 2006 **Judgment** (entered May 25, 2006 as docket entry **177**) in favor of defendants, with prejudice.

4. January 18, 2006 **Oral Order/ Ruling** (entered January 19, 2006 as docket entry **134**) g granting defendants' Motion to Strike (docket entries **89** and **115**) plaintiffs' Second Amended Complaint dated March 15, 2005 (docket entry **88** ), and Sua Sponte striking of plaintiffs' First Amended Complaint dated May 14, 2004 (docket entry **67** ).

5. January 18, 2006 **Oral Order/Ruling** (not entered, but appearing only in Transcript of January 18, 2006 Pre-Trial Hearing before Hon. Stefan Underhill), instructing plaintiffs' to file another Amended Complaint, to be filed in District Court by February 10, 2006, limited to 25 pages in length, or the plaintiff's would be Dismissed. (Transcript docketed as docket entry **135** ).

6. April 9, 2003 **Oral Order/Ruling** (not entered, appearing only in Transcript of April 9, 2003 Pre-Trial Chambers Hearing before Hon. Stefan Underhill), denying plaintiffs' the opportunity to add The Communities' Law Center Inc. as a defendant. (Transcript docketed as docket entry **42**)

*Loyal Egan    Loyal Egan*
*Rachel J. Egan    Rachel J. Egan*
*Hadley Macpherson    Hadley Macpherson*
Signatures
*Loyal Egan    Loyal Egan*
*Rachel J. Egan    Rachel J. Egan*

Hadley Macpherson
Hadley Macpherson
Printed Names

Date: July 30, 2006

2015 McKenzie Creek Dr
Charlotte NC
28270
Address

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this day of July 30, 2006 to Attorney Edward Sheehy at Williams, Cooney & Sheehy at 799 Silver Lane, Trumbull 06611 appearing for the defendants Attorney Sally Hodgdon and The Communities' Law Center Inc.; to Attorney Elizabeth Andrews at Tyler, Cooper & Alcorn at 205 Church Street PO Box 1936 in New Haven CT 06509, appearing for the defendants the Sisters of Notre Dame and the defendant the Daughters of the Holy Spirit, and to Attorney Louis Blumenfeld at Cooney, Scully, & Dowling, at 10 Columbus Blvd., Hartford, CT 06106 appearing for the defendants the the Sisters of Mercy and the defendants the Sisters of Saint Joseph.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252