# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

TEL. NO. 579-5861
(AREA CODE 203)

KEVIN F. ROWE
CLERK

FILED

ELSIE MATA
CHIEF DEPUTY CLERK

2007 APR 23 PM 12:12

CHRISTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

U.S. DISTRICT COURT
BRIDGEPORT CONN

April 16, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

Case No:    3:01 cv 1555 (SRU)
Case Name:  Egan, et al v. Hodgedon
USCA:       06-3564-cv

Dear Clerk:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

Kevin F. Rowe, Clerk

By: _____
   Tasha Simpson
   Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _Stanley C. Vander_ DATE: 04/18/07