UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) ) | |
| RACHEL J. EGAN ) | |
| LOYAL EGAN ) | |
|      Plaintiffs ) | NO.3:01CV1555 (SRU) |
| ) | |
| V. ) | |
| ) | |
| SALLY HODGEDON, ET AL ) | JUNE 14, 2007 |
| ) | |
|      Defendants ) | |

**OBJECTION OF THE DEFENDANTS SALLY HODGDON AND THE COMMUNITIES' LAW CENTER TO THE PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 60(b) FROM JUDGMENT ENTERED MAY 25, 2006**

The defendants, Sally Hodgdon and The Communities' Law Center, hereby object to the Plaintiffs' Motion for Relief Under Rule 60(b) from Judgment entered May 25, 2006 for the following reasons:

History of Case

1. The plaintiffs Hadley MacPherson and her two minor children, Rachel Egan and Loyal Egan, filed their original complaint on August 16, 2001 alleging legal malpractice, breach of contract, negligence, misrepresentation and coercion against the defendant, Sally Hodgdon, an attorney licensed to practice law in Connecticut, who was appointed guardian ad litem and attorney for the plaintiffs Rachel Egan and Loyal Egan in a dissolution of marriage and custody proceeding brought by the plaintiff, Hadley MacPherson, against Paul Egan entitled Lisa D. Egan v. Paul B. Egan in the Superior Court for the Judicial

District of Hartford at Hartford, Docket No. FA98-0718615.

2. During the pendency of this action in the District Court, the plaintiff's filed approximately 28 Motions for Extension of Time and/or letters describing why the progress of the case should be delayed.

3. The case is more than four and a half years old, and there is no cooperative complaint on file.

4. On May 16, 2006 almost five years after the plaintiff brought the above entitled action in which the plaintiffs failed to file a complaint in accordance with the Court's orders, the Court granted the defendants' Motion to Dismiss the case with prejudice. (A copy of the Court's ruling on the Motion for Dismiss dated May 16, 2006 is attached hereto.) (Exhibit B).

5. On June 9, 2006, the plaintiffs' filed a Motion Under Rule 60 FRCP to correct their errors and omissions in the record which was denied by this Court by ruling and order dated June 27, 2006.

Objections

6. The undersigned received the Motion for Relief Under Rule 60(b) from Judgment Entered May 25, 2006 on June 1, 2007.

7. The Memorandum of Law, Exhibits and Affidavit of Hadley MacPherson referred to in the Motion for Relief under Rule 60(b) From Judgment Entered May 25, 2006 were not attached despite the statement on page 1 of the aforementioned motion and the certification all in violation of Rule 5(a) of the Rules of the United States District Court for the District of Connecticut.

8. The undersigned, by letter dated June 6, 2007 a copy of which is attached as

      Exhibit "A," wrote to Hadley MacPherson requesting that she forward the Memorandum of Law, Exhibits and Affidavit referred to in the aforesaid motion.

9. As of this date, the undersigned has not received a reply to the letter of June 6, 2007.

10. The undersigned as counsel for the defendant, Sally Hodgdon, and The Communities' Law Center, personally signed all motions filed with the court in the above entitled action.

11. On page 5 of the Motion for Relief Under Rule 60(b) from Judgment Entered May 25, 2006, the plaintiffs allege that Attorney Edward Sheehy "... did not in fact personally sign...motions, rendering all motions not signed by Attorney Edward Sheehy...legally defective and unable to be granted and considered and a fraud perpetuated by those officers of the court who relieved themselves of the burden of having to deliver an original of all papers bearing an original signature."

12. On May 14, 2007, the United States Court of Appeals for the Second Circuit dismissed the plaintiffs' appeal in the above entitled matter "...in its entirety in light of appellants' failure to comply with briefing schedules set by the court..." (A copy of the Court of Appeals' decision is attached hereto as Exhibit "B").

13. On June 4, 2007 the United States Court of Appeals issued a Mandate in the above entitled action dismissing the plaintiffs' appeal. (A copy of the Mandate is attached hereto as Exhibit "C").

WHEREFORE, the defendant, Sally Hodgdon and The Communities' Law Center, respectfully request the Court to deny the plaintiffs' Motion for Relief Under Rule 60(b) from Judgment Entered May 25, 2006.

        THE DEFENDANTS-APPELLEES
        SALLY HODGDON and
        THE COMMUNITIES' LAW CENTER


BY_____
        Edward Maum Sheehy,  Esq.
        Williams Cooney & Sheehy, LLP
        799 Silver Lane
        Trumbull, CT 06611-0753
        Juris No. 106036 - (203) 380-1741
        Fax: (203) 380-2327
        E-Mail-wilcooshee@aol.com.

## **ORDER**

So Ordered:

        _____
        Judge/Clerk

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been mailed this day postage prepaid to all counsel/parties of record:

Rachel J. Egan
Loyal B. Egan
Hadley MacPherson
3438 Laurenhurst Lane
Charlotte, NC 28270
**Plaintiffs-Appellants-Pro Se**

Elizabeth K. Acee, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
**Attorney for: Defendants-Appellees-Daughters of the Holy Spirit and Sisters of Notre Dame De Namur**

Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106-5109
**Attorney for: Defendants-Appellees-Sisters of Mercy and Sisters of St. Joseph**

_____
_____ Edward Maum Sheehy