**EXHIBIT A**

## WILLIAMS, COONEY & SHEEHY, LLP
### ATTORNEYS AT LAW

799 SILVER LANE
TRUMBULL, CONNECTICUT 06611-0753
(203) 380-1741
TELECOPIER (203) 380-2327
E-MAIL: WILCOOSHEE@AOL.COM

ROBERT J. COONEY
EDWARD MAUM SHEEHY
SUZANNAH K. NIGRO
FRANCIS A. SMITH, JR. (1951-1989)

LORI MARTIN WILLIAMS

LEGAL NURSE CONSULTANT
KATHY KOCHISS MONGILLO, R.N.

OF COUNSEL

RONALD D. WILLIAMS
RONALD D. WILLIAMS, JR.

June 6, 2007

Ms. Hadley MacPherson
3438 Laurenhurst Lane
Charlotte, NC 28270

Re:  Docket No.  301CV01555 SRU
     Rachel Egan, Loyal Egan and Hadley MacPherson (Egan)
     vs. Sally Hodgdon, Esquire
     Our File Number #55725

Dear Ms. MacPherson:

This will acknowledge receipt of the Motion for Relief Under Rule 60(b) from Judgment Entered May 25, 2006.

I have not received the Memorandum of Law, Exhibits and Affidavit of Hadley Macpherson referred to on page one of the motion. Please send these documents to me.

Sincerely yours,

Edward Maum Sheehy

EMS/gam
Encs.

**EXHIBIT B**

D.Conn.
01-cv-1555
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 14th day of May, two thousand seven,

Present:

Hon. Thomas J. Meskill,
Hon. Reena Raggi,
Hon. Richard C. Wesley,
                    *Circuit Judges.*



---

Rachel J. Egan, *et al.*,

                    Plaintiffs-Appellants,

        v.                                          06-3564-cv

Sally Hodgdon, *et al.*,

                    Defendants-Appellees.

---

Appellees the Sisters of St. Joseph and the Sisters of Mercy move to dismiss the Appellants' appeal of the district court's denial of the Appellants' Federal Rule of Civil Procedure 60(b) motion for reconsideration of its May 2006 judgment of dismissal. Upon due consideration, it is ORDERED that the Appellees' motion is GRANTED and the appeal is DISMISSED in its entirety in light of Appellants' failure to comply with briefing schedules set by the court. *See* Fed. R. App. P. 3(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal . . . is ground for the court of appeals to act as it considers appropriate, including dismissing the appeal"); *see also* Fed. R. App. P. 31(c) (stating that "[i]f an appellant fails to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal"). Furthermore, all outstanding motions are denied as moot.

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

MAY 1 4 2007

SAO-BB

**EXHIBIT C**



D.Conn. *(New Haven)*
01-cv-1555
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 14th day of May, two thousand seven,

Present:

Hon. Thomas J. Meskill,
Hon. Reena Raggi,
Hon. Richard C. Wesley,
*Circuit Judges.*

UNITED STATES COURT OF APPEALS
FILED
MAY 14 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Rachel J. Egan, *et al.,*

Plaintiffs-Appellants,

v.

Sally Hodgdon, *et al.,*

Defendants-Appellees.

06-3564-cv

Appellees the Sisters of St. Joseph and the Sisters of Mercy move to dismiss the Appellants' appeal of the district court's denial of the Appellants' Federal Rule of Civil Procedure 60(b) motion for reconsideration of its May 2006 judgment of dismissal. Upon due consideration, it is ORDERED that the Appellees' motion is GRANTED and the appeal is DISMISSED in its entirety in light of Appellants' failure to comply with briefing schedules set by the court. *See* Fed. R. App. P. 3(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal ... is ground for the court of appeals to act as it considers appropriate, including dismissing the appeal"); *see also* Fed. R. App. P. 31(c) (stating that "[i]f an appellant fails to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal"). Furthermore, all outstanding motions are denied as moot.

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

MAY 14 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by *Lynette Noder*
DEPUTY CLERK

*Mandated:* 6/4/07