

D.Conn. *(New Haven)*
01-cv-1555
Underhill, J.

# MANDATE

# United States Court of Appeals

## FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 14th day of May, two thousand seven,

Present:

      Hon. Thomas J. Meskill,
      Hon. Reena Raggi,
      Hon. Richard C. Wesley,
                 *Circuit Judges.*



---

Rachel J. Egan, *et al.*,

                Plaintiffs-Appellants,

         v.                              06-3564-cv

Sally Hodgdon, *et al.*,

                Defendants-Appellees.

---

Appellees the Sisters of St. Joseph and the Sisters of Mercy move to dismiss the Appellants' appeal of the district court's denial of the Appellants' Federal Rule of Civil Procedure 60(b) motion for reconsideration of its May 2006 judgment of dismissal. Upon due consideration, it is ORDERED that the Appellees' motion is GRANTED and the appeal is DISMISSED in its entirety in light of Appellants' failure to comply with briefing schedules set by the court. *See* Fed. R. App. P. 3(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal . . . is ground for the court of appeals to act as it considers appropriate, including dismissing the appeal"); *see also* Fed. R. App. P. 31(c) (stating that "[i]f an appellant fails to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal"). Furthermore, all outstanding motions are denied as moot.

                FOR THE COURT:
                Thomas Asreen, Acting Clerk

                By: *Lucille Carr*

MAY 1 4 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by *Lynette Hodes*
DEPUTY CLERK

Mandated: 6/4/07