**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RACHEL J. EGAN, ET AL. : | |
| Plaintiffs, : | **APPEARANCE** |
| V. : | |
| SALLY HODGEDON, ET AL. : | CIVIL ACTION: 3:01-CV-01555 (SRU) |
| Defendants. : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendants, DAUGHTERS OF THE HOLY SPIRIT ANS SISTERS OF NOTRE DAME DE NAMUR.

June 15, 2007
Date

_____
Signature

CT  22259
 Bar Number

Christopher A. Kelland
Print Name

Tyler Cooper & Alcorn, LLP
Firm Name

205 Church Street, P.O. Box 1936
Address

New Haven,    CT    06509-0906
City        State    Zip Code

 203-784-8200
Phone Number

 ckelland@tylercooper.com
E-mail Address

FILED
2007 JUN 15  P 4: 35
US DISTRICT COURT
BRIDGEPORT

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was mailed first class postage prepaid on June 15, 2007 to:

<u>Plaintiffs:</u>
Rachel J. Egan
Loyal B. Egan
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

<u>Counsel for Sally Hodgdon and The Communities Law Center:</u>
Edward M. Sheehy, Esq.
Suzannah Kim Nigro, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

<u>Counsel for Sisters of Mercy and Sisters of St. Joseph:</u>
Louis B. Blumenfeld, Esq.
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Christopher A. Kelland